# EXHIBIT H

An official website of the United States government. Here's how you know.

Log in to PACER Systems

PACER
Public Access To Court Electronic Records

# PACER Case Locator

New Search | Saved Items | Court Information | Settings | Joshua Osborn

Party Search > Search Results

**Search Criteria:** Party Search; Last Name: [Iconic Mars]
**Result Count:** 2

Icon Legend

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Iconic Mars Corporation (dft) | 3:2021cv00433 | Kaotica IP Corp. v. Iconic Mars Corporation et al | California Southern District Court | 03/11/2021 | 10/27/2021 |
| Iconic Mars Corporation (cc) | 3:2021cv00433 | Kaotica IP Corp. v. Iconic Mars Corporation et al | California Southern District Court | 03/11/2021 | 10/27/2021 |

**PACER Service Center** 01/13/2022 18:16:34

| | |
|---|---|
| **User** | osborn2017 |
| **Client Code** | |
| **Description** | All Court Types Party Search<br>All Courts; Name Iconic Mars; All Courts; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

Print Receipt

Icon Legend
- Save search to Saved Searches
- Sort search results
- Choose columns to display
- Refine the current search
- Download search results
- Save case to Saved Cases
- Remove case from Saved Cases
- Reduce font size
- Enlarge font size

PACER FAQ | Privacy & Security | Contact Us | Legacy PCL

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

An official website of the United States government. Here's how you know.
Log in to PACER Systems

PACER
Public Access To Court Electronic Records

# PACER Case Locator

New Search | Saved Items | Court Information | Settings | Joshua Osborn

Party Search > Search Results

**Search Criteria:** Party Search; Last Name: [Kaotica]
**Result Count:** 3

Icon Legend

| Party Name | Case Number | Case Title | Court | Date Filed | Date Closed |
|---|---|---|---|---|---|
| Kaotica Corp. (pla) | 8:2020cv00080 | Kaotica Corp. v. Ningbo Alctron Electronics Technology Co, LTD et al | California Central District Court | 01/14/2020 | 03/31/2020 |
| Kaotica IP Corp. (pla) | 3:2021cv00433 | Kaotica IP Corp. v. Iconic Mars Corporation et al | California Southern District Court | 03/11/2021 | 10/27/2021 |
| Kaotica IP Corp. (cd) | 3:2021cv00433 | Kaotica IP Corp. v. Iconic Mars Corporation et al | California Southern District Court | 03/11/2021 | 10/27/2021 |

**PACER Service Center** 01/13/2022 18:06:26

| | |
|---|---|
| **User** | osborn2017 |
| **Client Code** | |
| **Description** | All Court Types Party Search<br>All Courts; Name Kaotica; All Courts; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

Print Receipt

Icon Legend
- Save search to Saved Searches
- Sort search results
- Choose columns to display
- Refine the current search
- Download search results
- Save case to Saved Cases
- Remove case from Saved Cases
- Reduce font size
- Enlarge font size



This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov