1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15

ICONIC MARS CORP.,

              Plaintiff,

v.

KAOTICA CORP.,

              Defendant.

Case No.:  22-cv-0092-CAB-DEB

**ORDER PERMITTING ENTRY FOR COURTHOUSE DEPOSITION**

16
17
18
19
20
21
22

      On May 21, 2025, the Court held an on-the-record Status Conference and Hearing regarding Defendant's Motion to Hold Deposition at Courthouse.  *See* Dkt. Nos. 183, 188 (granting the motion).  The June 5, 2025, deposition of Mr. James Olaleye may proceed in **<u>Room 5170-D</u>** of the Edward J. Schwartz United States Courthouse.[1]  Counsel for the parties, as well as their court reporter (Veronica Thompson) and videographer (Victor Salcedo), are permitted access to these conference rooms beginning at **<u>8:30 AM</u>** for a full-day deposition.

23
24
25
26

      In addition, the following equipment is permitted to enter.  The court reporter may bring into the courthouse: (1) one stenotype machine, tripod, and charger; (2) two laptop computers and cords; (3) two iPads and two cords; (4) one external keyboard; (5) various

27
28

---

[1] While the deposition is noticed for the James M. Carter and Judith N. Keep United States Courthouse, the Court's conference rooms are located in the Edward J. Schwartz United States Courthouse.

1

cords, cables, earphones, extension cords, and USB drives; (6) an iPhone; (7) one pair of kindergarten scissors; and (8) one LAN communication box.

The videographer may bring into the courthouse: (1) one equipment box; (2) one small cart; (3) one backpack; (4) one video camera with power cable; (5) one backdrop with bag; (6) two stands with bag; (7) one smart phone; (8) one tablet; (9) two laptops with power cables; (10) one monitor with power cable; (11) two speakers with power cables; (12) one pair of headphones; (13) three extension cords; (14) six microphones in accompanying boxes; (15) three tapes; (16) three HDMI cables; (17) one audio mixer with audio cord and power cable; (18) one Matrix device with power cord; and (19) one XLR audio cable.

Counsel for the parties may bring into the courthouse their laptops, phones, and related charging devices.

No one may use their video or audio recording technology except in the designated conference room in connection with the deposition.

IT IS SO ORDERED.

Date: June 2, 2025.

_____

Honorable Daniel E. Butcher
United States Magistrate Judge