**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

Iconic Mars Corporation., a
California corporation,
Plaintiff,
v.
Kaotica Corporation, a Canadian
corporation,
Defendant.

Case No.: 3:22-cv-00092-CAB-DEB

**Judge:** Honorable Cathy Ann Bencivengo

## NOTICE OF MOTION AND MOTION TO SET ASIDE JUDGMENT
## UNDER RULE 60(b)

TO THE HONORABLE CATHY ANN BENCIVENGO AND TO ALL PARTIES AND THEIR
ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 30, 2025, at 10 AM, or as soon matter may be
heard, in Courtroom 15A of the United States District Court, Southern District of California,
located at 333 West Broadway, San Diego, CA 92101, Movant Oluseyi James Olaleye will, and
hereby does, move this Court pursuant to Federal Rule of Civil Procedure 60(b) to set aside the
judgment entered against him individually on May 29, 2025.

This Motion is based on the grounds of excusable neglect, attorney misconduct, newly
discovered evidence, extraordinary hardship, and other equitable considerations. The Motion is
supported by the accompanying Memorandum of Points and Authorities, the Declaration of
Oluseyi James Olaleye, Exhibits A–M, and any further evidence or argument that may be
presented at the hearing.

DATED: August 20, 2025

Respectfully submitted,


/s/ Oluseyi James Olaleye
Oluseyi James Olaleye
15709 Arrow Hwy, #5
Irwindale, CA 91706
(619) 519-3670
jazzeyjames@gmail.com
Pro Se Movant

## I. INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 60(b), I, Oluseyi James Olaleye, respectfully move this Court to set aside the judgment entered against me individually in this matter. This request is based on:

- Excusable neglect and attorney neglect;
- Newly discovered and previously unavailable evidence;
- Extraordinary emotional and financial hardship;
- Other equitable reasons that justify relief in the interest of justice.

I bring this motion in good faith as a self-represented litigant with no formal legal training, relying on newly gathered documentation, firsthand experience, and public legal resources. I have made every effort to apply basic legal principles, and courts afford pro se litigants leniency under Haines v. Kerner, 404 U.S. 519 (1972). For these reasons, I respectfully ask this Court to reconsider.

This motion is supported by my sworn declaration and attached exhibits labeled A–M.

## II. BACKGROUND

On May 29, 2025, the Court granted Kaotica's Motion to Amend the Judgment, adding me individually under an alter ego theory. This ruling was based on assumptions that my new business, Audio Icon, was a continuation of Iconic Mars, and that I had transferred or misused assets, neither of which is true, as shown on Exhibits E-H.

At that time, I was represented by attorney Stephen Lobbin, who managed all legal strategy, filings, and court communications on behalf of Iconic Mars. I was never advised that failure to file an individual opposition could lead to personal liability. No filings were ever submitted under my name, and I was never clearly informed that I needed to defend myself personally.

I did not knowingly waive any rights or defenses, nor was I given a meaningful opportunity to present my side. The Court's ruling does not reflect my individual circumstances, my lack of legal knowledge, or the severe emotional and financial toll this litigation has taken on me. It also does not consider the full body of evidence now submitted with this motion.

## III. GROUNDS FOR RELIEF

### A. Excusable Neglect and Attorney Neglect (Rule 60(b)(1))

I had no prior experience with civil lawsuits and relied entirely on attorney, Stephen Lobbin, to handle this case. As a pro se movant now, I seek relief due to his neglect, supported by Exhibits A-D. The March 24, 2021 engagement letter (Exhibit A) limited representation to Iconic Mars, not me personally, and I was never informed of personal liability risks. Emails in Exhibit C show payment pressure and aggressive demands, while Exhibit D reveals an unauthorized declaration

filed without my consent, reflecting his failure to communicate. This neglect is evident in his actions. See Carmel, Ltd. v. Tavoussi, 175 Cal. App. 4th 393 (2009) (relief for attorney neglect).

I was not advised that failing to file an individual opposition to Kaotica's motion could lead to the May 29, 2025 judgment against me. See Rappleyea v. Campbell, 8 Cal. 4th 975 (1994) (relief granted for attorney failure to inform). My lack of legal knowledge and reliance on Lobbin, combined with his mismanagement, constitute excusable neglect. Although I signed some letters, I did so under his guidance, unaware of their implications. This neglect, not my intent, led to the ruling, and my pro se status underscores the unfairness of holding me liable without notice.

- **Exhibit A (Lack of Pro Bono Agreement, Emotional Reliance, and Lack of Personal Representation):** The only written agreement I ever received from attorney Stephen Lobbin was dated March 24, 2021. It was strictly limited to the representation of Iconic Mars Corporation. It made no reference to me, Oluseyi James Olaleye, as an individual client, nor did it suggest that I could ever be held personally liable in this matter.

  I had no legal background and had never been involved in civil litigation. I relied entirely on Lobbin's advice, believing in good faith that only the company was being represented and exposed to liability. I was never informed that I could be named personally or held financially responsible for any aspect of the case.

  No pro bono agreement was ever signed in connection with this litigation. I was never given a clear understanding of Mr. Lobbin's compensation structure or the personal risks I might face. I never signed any waiver authorizing SML Avvocati or Lobbin to represent me personally. I placed full trust in him to act in the best interests of Iconic Mars, and that trust ultimately left me unprotected and uninformed at a critical time.

  On June 10, 2025, I was sent an updated engagement letter related to this litigation to act on my behalf, but I declined to sign it, as I did not agree to personal representation or the associated terms.

  **Exhibits B (Broken Pro Bono Promise and Financial Pressure):** Although there was no written pro bono agreement in place, as the case progressed, Lobbin began pressuring me for payment, even though I had no clear understanding of what I was financially responsible for. I also expressed a willingness to find a solution, simply because of the financial pressure the company was under.

  Since there was no written agreement outlining fees, expectations, or personal liability, I felt confused and vulnerable. I believed that if I didn't cooperate or make payments, Iconic Mars could lose legal representation in the middle of an ongoing litigation. That fear placed me in a position where, under emotional pressure and without full clarity, I made a payment for deposition transcript invoice for $1,692.83 and an additional $5,000 payment to Lobbin because he demands for additional funds. I followed every piece of advice he gave, trusting that he was acting in the best interests of Iconic Mars. Exhibit C includes his acknowledgment of receiving this payment.

- **Exhibit C (Aggressive Letters and Pressure to Send):** Lobbin drafted a settlement letter addressed to Kaotica (referred to as Konrad), which he instructed me to send under my name, despite my concerns about its tone and content. On December 10, 2024, I emailed Lobbin to object (see Exhibit C), explaining that the draft's confrontational language could escalate tensions. The proposal of a $100,000 payment plan was included by Lobbin without my input or approval. Although I disagreed with the tone and terms, I felt pressured to follow his strategy, relying on him as counsel for Iconic Mars.

  On March 3, 2025, Lobbin directed me to write a second letter and add his input, pressuring me to revise my draft with language about severe consequences (See Exhibit C Pages 4), despite my discomfort. I relied on his guidance as Iconic Mars' counsel, feeling unable to counter his imposed strategy.

- **Exhibit D (Failure to Represent Me Personally):** Lobbin represented only Iconic Mars under our March 24, 2021 agreement (Exhibit A), never advising me of personal liability in the Motion to Amend Judgment or suggesting separate counsel. On May 21, 2025, I emailed him to object to a declaration he filed without consent, mischaracterizing me as "a black immigrant from Nigeria" and my behavior (Exhibit D).

  This lack of representation and disregard for my instructions denied me a fair opportunity to present my case, placing misplaced trust in my counsel. I respectfully request the Court set aside the amended judgment based on this attorney neglect and my excusable reliance.

## B. Newly Discovered Evidence (Rule 60(b)(2))

New evidence, unavailable due to Lobbin's neglect, justifies relief. Exhibits E-H (formation timeline, financials, product distinction) demonstrate that Audio Icon is not a continuation of Iconic Mars. Exhibit I (funding records) shows my $118,000+ contribution, and Exhibits J-M (dissolution, struggles, social media) further rebut the alter ego theory. This evidence was not presented earlier due to my reliance on counsel. As in Misik v. D'Arco, 196 Cal. App. 4th 1066 (2011), ownership alone doesn't justify piercing the corporate veil, supporting my evidence. See Sonora Diamond v. Superior Court, 83 Cal. App. 4th 523 (2000) (no piercing without intent to defraud), reinforcing my good-faith actions.

- **Exhibit E (Business Formation Timeline and Legal Separation):** Audio Icon was created with a new and independent vision, focused on a modular gooseneck pop filter system, which is entirely different from Iconic Mars' foam-based isolation booths. The company was registered with the California Secretary of State in January 2025 (see Exhibit E) and funded through Audio Icon's own business credit card (see Exhibit F). Its EIN was issued in November 2024, confirming its separate corporate identity.

  Audio Icon officially launched on January 23, 2025, with its social media presence going live on March 28, 2025, after Iconic Mars was formally terminated on January 17, 2025. Audio Icon maintained full operational independence, with its own registration, bank account, manufacturer, and brand identity. It never received inventory, assets from Iconic

Mars. This documented timeline makes clear that Audio Icon is a new, standalone entity, not a continuation of Iconic Mars.

- **Exhibits F (Financial Independence and Separation):** Bank statements and credit card records confirm Audio Icon maintains a separate business credit card and bank account, with no evidence of fund transfers, asset movement, or customer crossover from Iconic Mars (Exhibits F). Audio Icon was funded from scratch, with credit card transactions on 11/12, 11/14, 11/18, 11/28, 11/29, 12/12, and 01/08 (for California Secretary of State registration) paying new manufacturers during product development. These records prove financial separation and Audio Icon's independent start.

  Iconic Mars' final bank statement shows my formal contributions of $3,700 on 07/01, 07/08, 07/10, and 07/11 to prevent a negative balance and cover closing business expenses. The ending balance of $145.00 when the account was close was far less than my total contributions. This transfer does not indicate personal enrichment, as it fails to recover my investment, refuting claims of withdrawing funds for myself.

- **Exhibits G (Product and Manufacturer Distinction):** Invoices from a completely new manufacturer and for a custom product mold confirm that Audio Icon's product, the Flex Pro gooseneck aluminum enclosure with interchangeable aluminum pop filter, is completely different in both design and category from anything previously sold by Iconic Mars, which offered foam-based microphone isolation booths. The Flex Pro pop filters feature metallic black Spot UV printing, further distinguishing them in both appearance and branding. To further clarify the distinction, Spot UV printing on any product can never be removed with damage to the product.

  There's no evidence of transfer of any product from Iconic Mars into Audio Icon. From manufacturer, packaging, product name, product models, domain, product category, branding and product uses. Audio Icon is a complete separate entity with its own identity.

- **Exhibits H (Branding and Business Differentiation):** Supporting documents including product branding, packaging designs, domain registration, trademark filings, sales reports, customer engagement data, social media, marketing strategies all demonstrate that Audio Icon is a distinct and independently developed brand.

  To help make this even clearer, I've included a reference to another website that shares a similar creative direction and audience as Audio Icon. There are other brands in the Audio equipment industry that goes by Icon Audio, Icon Pro Audio, and more. This shows that the type of brand name, and product Audio Icon offers already exists in the marketplace as something completely separate. I started Audio Icon with a new idea, a new product, and a new mission, one aluminum enclosure designed to support multiple types of pop filters.

- **Exhibit I (Long-Term Funding of Iconic Mars):** From just two months after launching in 2021, Iconic Mars faced ongoing litigation. Despite this early obstacle, I remained

committed to the business. Iconic Mars never turned a profit, while we had sales, legal fees, marketing, and product development consistently exceeded revenue.

To keep the business afloat, I personally contributed over $118,000 in formal capital contributions and loans between 2021 and 2024. These funds came from my savings, selling investments, and borrowing from family. All contributions were deposited directly into the company's business bank account and used strictly for operations, not for personal use.

Even as sales declined dropping to just $989 in July 2023, I continued contributing the operational cost like rent, payroll, google ads, inventory, and legal costs. In July 2024, I made final contributions of over $3,700 to cover expenses before closing the bank account, which ended with a balance of only $145.

I never received a salary or profit from Iconic Mars. These contributions were made in good faith to protect the company, not for personal enrichment. Every action I took respected the legal and financial separation between myself and the business, even as the company became unsustainable.

- **Exhibit J (Declaration from Bookkeeper Confirming Business Separation):** To further support the financial facts of this case, I have submitted a declaration from Sean Tutt with experience of over 16 years, who has served as my bookkeeper and tax preparer for the past 4 years. Mr. Tutt has consistently managed the financial records for my companies and confirms that there was no commingling of funds between myself, Iconic Mars, Tido Investment, and Audio Icon. His declaration affirms that each business maintained separate financial operations and accounts. This further supports my position that Audio Icon was formed independently and not as a continuation of Iconic Mars.

- **Exhibit K (Iconic Mars Dissolution Out of Necessity):** Iconic Mars has been struggling as a small business since 2021. Iconic Mars business credit cards were maxed out and are now in delinquency. The company simply did not generate enough income to sustain a normal business operation and expense. Iconic Mars was in business for less than four years and had no inventory left to sell after discarding over 10,000 products in compliance with the Court's order.

  This was a small business entangled in litigation since 2021. The financial charts and tax reports clearly show that the company has operated at a loss since 2022. Every contribution I made over the years was used to fund inventory and operations. I had no choice but to respect the Court's order and discard everything. I've included both images and invoices showing the destruction of products valued at over $1,000,000.

  I acted in good faith. Before discarding the inventory, I asked Lobbin if Kaotica would be interested in taking the product. My offer was rejected. I also proposed that Kaotica allow Iconic Mars to sell the remaining inventory in order to pay them back. That offer was also rejected.

I didn't walk away from liabilities; I was forced to shut down the company. Everything I had invested was lost, and the remaining products were unsellable and required disposal. This situation has driven me into depression. I sincerely followed the advice of Iconic Mars counsel, Lobbin. I spent eight years of my life building this brand. With no inventory left, rent was due, credit cards were maxed out, and I was unable to meet payroll obligations but to shut down operation.

- **Exhibit L (Struggles of Audio Icon as a New Business):** I launched Audio Icon website with a completely new product and vision. Despite consistent effort and marketing, the business has generated no revenue for over six months which is part the struggle of launching a new business. Our sales report in the past 6 month shows clearly that Audio Icon, is an independent company struggling to gain new customer as a brand, this is not a continuation. I continue to manage and develop Audio Icon as it grows independently, with the hope that something new built with integrity and full separation from the past, can one day succeed.

- **Exhibit M: Social Media Monitoring Caused Hardship:** In March 2025, I noticed that my private Instagram Stories, which were meant for only my followers and close friends, were being viewed repeatedly by Kaotica's attorney, Kate Gayer, through her personal account. She was not following me, yet continued checking my Instagram stories. After blocking her, a suspicious profile, @KTSRESOURCENTER1123, linked to Kilpatrick Townsend & Stockton LLP, began similar viewing. Later, another account, @psantoloops ("PATL"), appeared, suggesting continued monitoring.

  This surveillance occurred during my financial and emotional struggles post-closure, as shown in Exhibits K and M. The intrusion prompted a single frustrated post, later misused by Kaotica to suggest evasion. I intended no harm; the monitoring exacerbated my hardship, supporting relief under Rule 60(b)(6).

## C. Extraordinary Circumstances (Rule 60(b)(6))

The litigation's severe emotional and financial toll constitutes extraordinary circumstances. The closure of Iconic Mars and ongoing stress, as shown in Exhibits K-M, have overwhelmed me. Equity demands relief, given my good faith efforts and lack of personal defense opportunity. Under Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship, 507 U.S. 380 (1993), equity demands relief in such cases.

## IV. CONCLUSION

I respectfully request the Court to set aside the May 29, 2025 judgment under Rule 60(b), based on excusable neglect by my attorney (Exhibits A-D), newly discovered evidence of financial separation (Exhibits E-I), and extraordinary hardship (Exhibits M). I lost my savings supporting Iconic Mars without profit, and Lobbin's neglect denied me a fair defense. This litigation has caused severe hardship, but I seek relief to resolve this justly.

As a pro se litigant, I am committed to providing additional documentation if needed. I thank the Court for considering this motion and request a hearing to address these issues.

## V. REQUEST FOR RELIEF

For the reasons set forth above, I respectfully request that this Court set aside the amended judgment entered against me individually, pursuant to Federal Rule of Civil Procedure 60(b).

I am simply asking for a fair opportunity to present my defense and correct misunderstandings that occurred due to excusable neglect, attorney neglect, and other extraordinary circumstances.

Thank you for your consideration.

Dated: August 20, 2025

Respectfully submitted,

/s/ Oluseyi James Olaleye
Oluseyi James Olaleye
15709 Arrow Hwy, #5
Irwindale, CA 91706
1 (619) 519-3670
jazzeyjames@gmail.com

**TABLE OF AUTHORITIES**

**Cases:**

Rappleyea v. Campbell, 8 Cal. 4th 975 (1994)....................Page 3

Carmel, Ltd. v. Tavoussi, 175 Cal. App. 4th 393 (2009)...........Page 3

Misik v. D'Arco, 196 Cal. App. 4th 1066 (2011)...................Page 4

Sonora Diamond v. Superior Court, 83 Cal. App. 4th 523 (2000).....Page 4

Pioneer Inv. Servs. v. Brunswick Assocs. Ltd. P'ship,

507 U.S. 380 (1993).........................................Page 7

Haines v. Kerner, 404 U.S. 519 (1972)............................Page 2

**DECLARATION OF OLUSEYI JAMES OLALEYE**

I, Oluseyi James Olaleye, declare under penalty of perjury under the laws of the United States that the following is true and correct to the best of my knowledge:

1. **Background and Reliance on Counsel**

I am the pro se movant in this matter, with no prior legal training or experience in civil lawsuits. I founded Iconic Mars Corporation in 2021 and relied entirely on attorney Stephen Lobbin for legal representation. As shown in Exhibit E, my new business, Audio Icon, was established independently, refuting any continuation claims. Lobbin managed all strategy, filings, and communications, and I trusted his guidance without understanding personal liability risks.

2. **Lack of Personal Defense**

I was never informed that I needed to file an individual opposition to Kaotica's motion, which led to the May 29, 2025 judgment against me. No documents were filed under my name, and I did not knowingly waive any rights or defenses. This was due to Lobbin's neglect, not my intent, as supported by Exhibits A-D.

3. **No Bad Faith**

I acted in good faith to sustain Iconic Mars, contributing over $118,000 from personal funds, as detailed in Exhibit I. I never sought personal gain or misused assets, and the $145 transferred from Iconic Mars (Exhibit F) was a minor recovery, not profit. My actions respected the company's legal separation.

4. **Social Media Context**

My social media activity, referenced in Exhibit M, reflects frustration from this litigation, not an attempt to evade responsibility. These posts were personal expressions, not business maneuvers, and should not be misconstrued.

5. **Emotional and Financial Hardship**

This litigation has caused severe hardship, straining my finances and well-being. The ongoing stress, combined with Iconic Mars' closure and Audio Icon's struggles, has been challenging, but I seek relief to address these injustices.

6. **Request for Relief**

I respectfully request this Court set aside the May 29, 2025 judgment under Rule 60(b), based on excusable neglect, new evidence, and equitable considerations. I am prepared to present further details at a hearing.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 20, 2025

/s/ Oluseyi James Olaleye

Oluseyi James Olaleye

15709 Arrow Hwy, #5

Irwindale, CA 91706

1 (619) 519-3670

# Exhibit Summary Table
In Support of Rule 60 Motion to Set Aside Judgment

| Exhibit | Title/Description | Purpose in Motion |
|---|---|---|
| **Exhibit A** | Engagement Letter (3/24/2021) | Shows limited representation by Lobbin |
| **Exhibit B** | Payment Pressure Emails | Demonstrates financial strain on me |
| **Exhibit C** | Aggressive Demand Letters | Highlights Lobbin's neglect |
| **Exhibit D** | Unauthorized Declaration | Proves lack of consent/authority |
| **Exhibit E** | Formation Timeline and Legal Separation | Rebuts Audio Icon as continuation |
| **Exhibit F** | Financial Statements | Shows separation and $145 transfer |
| **Exhibit G** | Product and Manufacturer Distinction | Proves Audio Icon's unique products |
| **Exhibit H** | Branding and Business Differentiation | Supports that Audio Icon has its own branding, customer base, and mission, completely distinct from Iconic Mars. |
| **Exhibit I** | Long-Term Funding of Iconic Mars | Outlines capital contributions made to sustain Iconic Mars through the years, supporting business operations. |

| | | |
|---|---|---|
| **Exhibit J** | Bookkeeper Records | Confirms independent funding, and no commingling. |
| **Exhibit K** | Iconic Mars Dissolution Out of Necessity | Explains why I had no choice but to dissolve the company after exhausting all options. |
| **Exhibit L** | Struggles of Audio Icon as a New Business | Shows financial hardship |
| **Exhibit M** | Social Media Monitoring | Reflects emotional toll. |

# EXHIBIT A

# SML Avvocati P.C.
### San Diego|Los Angeles|Orange County
### T: 949.636.1391
### E: sml@smlavvocati.com

March 2  , 2021

**VIA E-MAIL ONLY <jazzeyjames@gmail.com>**

James Olaleye
**Iconic Mars Corporation**
8152 Dodie Street
San Diego, California  92114

     **Re:   Engagement Letter**

Dear Mr. Olaleye:

We are pleased to have the opportunity to serve as patent/IP litigation counsel to Iconic Mars Corporation ("You") in connection with patent and related matters, including the litigation matter *Kaotica IP Corp. v. Iconic Mars Corporation et al.*, Case No. 3:21-cv-00433 CAB-DEB (S.D. Cal.) (the "Subject Matter").  This letter agreement ("Agreement") confirms the nature and scope of our representation.

### Subject Matter and Scope of Representation

Our representation of You is limited to the Subject Matter, but for each new counseling matter we take on pursuant to the terms of this Agreement, we will send a confirmation letter/email to memorialize our arrangement.

### Responsible Attorneys, Fees and Charges

I will be primarily responsible for your matters.  My standard billing rate is $695/hour, and $250/hour for our associates, but because we look forward to establishing a lasting business relationship with You, we have agreed to a discounted, uniform rate of $250/hour.  Also, as we discussed, we have waived our typical request for a retainer/deposit for new clients.  Finally, we discussed the possibility of a monthly "flat fee," in the alternative, to assist with budgeting, etc.

You agree to pay any other expenses we incur on your behalf as necessary to represent You effectively, including (for example) research and investigation costs, court filing fees, expert fees and expenses, and travel expenses.  We do not charge You for costs associated with in-house photocopying, scanning, or mailing.  Certain costs may be advanced and then billed to You, but we retain the right to forward any costs incurred through outside vendors directly to You for payment.  If You fail to pay such costs, we may pay the outside vendor and seek reimbursement from You.

Payments may be in the form of a check or (preferably) a wire payment to the following account for the Firm:

Chase Bank IOLTA Account No. ██████0502
Routing = ██████1627
Domestic Transit = 021000021
Name = SML Avvocati P.C. (Stephen M. Lobbin)
Address = 7538 Draper Avenue, San Diego, CA 92037

### Termination of Services

You may terminate our services at any time, as long as You give us prompt written notice of the termination.  You will remain obligated to pay for all services rendered and costs or expenses paid or incurred on Your behalf before the termination, or which are reasonably necessary thereafter.  Also, we may withdraw at any time consistent with the law and the rules of professional conduct.  If we elect to withdraw, You will take all necessary steps to free us of any obligation to perform further services.  You also acknowledge and agree that, should we and You be unable to come to a resolution in good faith as to whether a settlement offer should be accepted with respect to the Subject Matter, You will consent without opposition to our full withdrawal from the representation.

### Advance Waiver of Potential Conflicts

You confirm by the signatures below that this Agreement constitutes disclosure and informed written consent concerning (a) potential and/or actual conflicts of interest between and among various co-represented parties in this action, and (b) accepting compensation for representing a client from one other than the client.  For example, while it is not anticipated, there could arise a difference in goals and/or strategy between different Defendants, or between a Defendant who is paying joint legal fees and another who is not.  In such a

circumstance, this informed written consent would allow the Firm to continue the joint representation once we have discussed the specific relevant circumstances and the reasonably foreseeable adverse consequences.

## Document Retention

Once a matter has concluded, we will close the file, and all client-supplied materials and attorney end-product (such as pleadings, client memos, or contracts) may be returned to You. All other attorney work product in the file, including attorney notes, document drafts, and internal memoranda, are the property of the Firm and will be retained in our files and kept confidential. Under our Firm's document retention policy, we will retain the contents of your file for six years after the Matter has been closed. The contents of the file will then be destroyed, unless you have made other arrangements.

## Conclusion

If You agree to all the foregoing terms, please communicate that agreement by signing and returning to me the enclosed copy of this letter. The effective date of our agreement is the date on which our services commenced. We look forward to providing the above services. If you have any questions, please call me.

Warm regards,

**SML Avvocati P.C.**

/s/ Stephen M. Lobbin

**ACCEPTED AND AGREED:**

By: _____

Iconic Mars Corporation

Date: 03/24/21

By: _____

James Olaleye

Date: _____

 Gmail

James <jazzeyjames@gmail.com>

---

## Fwd: Complete with Docusign: 2025-06-09 WMA Engagement Letter - Lobbin and Iconic Mars.pdf

1 message

---

**Stephen Lobbin** <sml@smlavvocati.com>                                   Tue, Jun 10, 2025 at 8:24 PM
To: Jazzey James <jazzeyjames@gmail.com>
Cc: Stephen Lobbin <sml@smlavvocati.com>

Please review/sign ASAP...SML

---------- Forwarded message ---------
From: **Meghan Tofflemire via Docusign** <dse_NA3@docusign.net>
Date: Mon, Jun 9, 2025 at 3:15 PM
Subject: Complete with Docusign: 2025-06-09 WMA Engagement Letter - Lobbin and Iconic Mars.pdf
To: Stephen M. Lobbin <sml@smlavvocati.com>



**Meghan Tofflemire**
tofflemire@wmalawfirm.com

Gentleman,

Please find Witham Mahoney & Abbott, LLP's engagement letter for your review and
signatures. Should you have any questions please reach out to Mr. Mahoney. We look
forward to working with you.

Thank you,
Meghan Tofflemire
Legal Assistant

Case 3:22-cv-00092-CAB-DEB   Document 239   Filed 08/21/25   PageID.6226   Page 19 of 136

 Gmail

James <jazzeyjames@gmail.com>

## Declined: Complete with Docusign: 2025-06-09 WMA Engagement Letter - Lobbin and Iconic Mars.pdf

1 message

**Meghan Tofflemire via Docusign** <dse_NA3@docusign.net>      Thu, Jun 12, 2025 at 7:19 PM
Reply-To: Meghan Tofflemire <tofflemire@wmalawfirm.com>
To: James Olaleye <jazzeyjames@gmail.com>



**Meghan Tofflemire**
tofflemire@wmalawfirm.com

James Olaleye declined 2025-06-09 WMA Engagement Letter - Lobbin and Iconic Mars.pdf. As a result, the documents cannot be completed.

Powered by docusign

**Do Not Share This Email**
This email contains a secure link to Docusign. Please do not share this email, link, or access code with others.

**Alternate Signing Method**
Visit Docusign.com, click 'Access Documents', and enter the security code:
BBAE513F1FE0436BBAA3DFAE54B28B0B3

# EXHIBIT B

 Gmail

**James <jazzeyjames@gmail.com>**

## Fwd: Aptus Invoice # 1126610

1 message

**Stephen Lobbin** <sml@smlavvocati.com>                    Tue, Aug 1, 2023 at 10:50 AM
To: Jazzey James <jazzeyjames@gmail.com>
Cc: Josh Osborn <jno@smlavvocati.com>, Stephen Lobbin <sml@smlavvocati.com>

Hi James, this is the cost for the deposition transcript for Kaotica. Josh please confirm we have everything?  James please pay this invoice directly, ok?
--
Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

---------- Forwarded message ---------
From: **Aptus Billing** <billing@aptuscr.com>
Date: Tue, Aug 1, 2023 at 10:34 AM
Subject: Aptus Invoice # 1126610
To: <sml@smlavvocati.com>
Cc: <ar@aptuscr.com>

Good morning,

Thank you for choosing Aptus Court Reporting. Please find attached the invoice # 1126610 for the deposition of Konrad Zukowski - Confidential/Non-Confidential, taken on 7/7/2023 in the Iconic Mars Corporation vs. Kaotica Corporation matter.

Please advise if we need to forward this invoice to your accounts payable department or another contact for payment.

Our W9 is attached should you need our corporate details for remittance.

# I N V O I C E

1 of 1

Aptus Court Reporting LLC
Corporate Office
401 West A St, Ste 1680
San Diego, CA 92101
T: 866-999-8310  F: 619-546-9152

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1126610 | 7/31/2023 | 10123522 |
| **Job Date** | **Case No.** | |
| 7/7/2023 | 3:22-cv-00092-CAB-DEB | |
| **Case Name** | | |
| Iconic Mars Corporation vs. Kaotica Corporation | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Stephen M. Lobbin
SML Avvocati, P.C.
888 Prospect St, Ste 200
La Jolla, CA 92037

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | |
|---|---|
| Konrad Zukowski - Confidential/Non-Confidential | 1,663.50 |
| SALES TAX | 29.33 |
| **TOTAL DUE  >>>** | **$1,692.83** |

Thank you, your business is greatly appreciated.
Customer is ultimately responsible for payment within our terms.

To pay by check, kindly mail to our corporate office indicated above.

To remit payment via ACH or wire transfer:
HomeStreet Bank | Checking 0030013364 | Routing 325084426

To pay by credit card, please visit our website - www.aptuscr.com
and click on the Pay Online link.
(1.5% surcharge will be applied)

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,692.83** |

**Tax ID:** 27-4460942

 **James <jazzeyjames@gmail.com>**

## Re: Payment link for credit card...thanks!!

1 message

**James** <jazzeyjames@gmail.com>                    Fri, Nov 29, 2024 at 12:28 AM
To: Stephen Lobbin <sml@smlavvocati.com>

Hi Stephen,

I hope you're doing well. I was able to get the link to work after trying a different card and have sent the payment of $5,000 to support the ongoing situation. Please confirm once received, and let me know if there's anything further needed.

Thank you for your continued efforts.

warm regards
James

On Thu, Nov 28, 2024 at 12:57 PM Stephen Lobbin <sml@smlavvocati.com> wrote:
> Let's just get in the phone sometime and I'll enter the numbers
>
> Warm regards,
>
> Stephen M. Lobbin
> SML Avvocati P.C.
> San Diego|Los Angeles|Orange County
> T: 949.636.1391
> E: sml@smlavvocati.com
>
> This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.
>
>> On Thu, Nov 28, 2024 at 12:52 James <jazzeyjames@gmail.com> wrote:
>> Going to tradeshow next week, but it's same process, right? I just used the card earlier today and it works. I think this issue is from chase. You need to notify them you expecting transaction that exceed $5000. One of my clients had a similar issue.
>>
>>> On Thu, Nov 28, 2024 at 12:48 PM Stephen Lobbin <sml@smlavvocati.com> wrote:
>>> No worries you can text me the full card number and all info and I can do it. No rush let's talk next week?

# EXHIBIT C

 **Gmail**

James <jazzeyjames@gmail.com>

## Re: Payment link for credit card...thanks!!

1 message

**Stephen Lobbin** <sml@smlavvocati.com>                    Fri, Nov 29, 2024 at 5:54 PM
To: James <jazzeyjames@gmail.com>
Cc: Stephen Lobbin <sml@smlavvocati.com>, Daisy Bracamontes <daisy@socialimpactservices.org>

Thanks James, it is showing as received on my end.  I really appreciate it!

Here is a draft letter from you to Konrad...I suggest a letter on nice paper with the Iconic Mars name on it.  You and Daisy can make revisions etc., and let me review it once more before you send it out ok?  We MUST convince him that you can help his business somehow, in the future!!
----------
James Olaleye
Iconic Mars Corporation

Dear Konrad,

I hope you received my recent text and phone messages.  After all of this fighting, I hope you just want peace like I do.  I would like to reach a resolution to end all of the fighting in court.  As you probably know already, even if the judge orders Iconic Mars (or our attorney Mr. Lobbin) to pay you money, there will be an appeal which will take over a year, and we believe we would win.  Also, there is no money to pay you anyway.  You will have to spend more and more on your own lawyers on the appeal, and trying to collect money from a company with no assets.  Mr. Lobbin has no assets either, and you would force him to go bankrupt.  You would not get anything.

I was shocked that you have spent so much money already in this dispute between us, which was never worth more than $300K.  You

should not waste any more money chasing us for money we do not have to give you.  Instead, I can agree to pay you $100K over time, and also I can connect you with many more purchasers for your products.  Finally, as our market segment is expanding, I would agree to partner with you on some new revenue streams.  Specifically, _____.

Please communicate with me as soon as you can Konrad.  I really hope we can turn this situation around into a positive development for your busniess, and mine.

Sincerely,

James Olaleye

On Fri, Nov 29, 2024 at 12:29 AM James <jazzeyjames@gmail.com> wrote:
> Hi Stephen,
>
> I hope you're doing well. I was able to get the link to work after trying a different card and have sent the payment of $5,000 to support the ongoing situation. Please confirm once received, and let me know if there's anything further needed.
>
> Thank you for your continued efforts.
>
> warm regards
> James
>
> On Thu, Nov 28, 2024 at 12:57 PM Stephen Lobbin <sml@smlavvocati.com> wrote:
>> Let's just get in the phone sometime and I'll enter the numbers
>>
>> Warm regards,
>>
>> Stephen M. Lobbin
>> SML Avvocati P.C.
>> San Diego|Los Angeles|Orange County
>> T: 949.636.1391
>> E: sml@smlavvocati.com
>>
>> This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

 Gmail

**James <jazzeyjames@gmail.com>**

# Re: Payment link for credit card...thanks!!

1 message

**James** <jazzeyjames@gmail.com>                                    Tue, Dec 10, 2024 at 1:43 PM
To: Stephen Lobbin <sml@smlavvocati.com>
Cc: Stephen Lobbin <sml@smlavvocati.com>, Daisy Bracamontes
<daisy@socialimpactservices.org>

Hi Steve,

Thank you for drafting the settlement letter for Konrad. After reviewing the content, I have some
concerns about its tone and messaging. I believe certain parts could be interpreted negatively or
even used against us. Specifically:

1. The rough draft comes across as confrontational, which might escalate tensions rather
   than encourage settlement.

2.  Mentioning financial limitations and potential bankruptcy could weaken our negotiating
    position.

3. Statements about Konrad not recovering anything might be seen as veiled threats or an
   attempt to discourage further action.

To address these concerns, I've drafted a revised version that keeps the focus on resolution.
Please review and let me know your thoughts.

---

**Revised Settlement Letter Draft:**

Dear Konrad,

I hope this message finds you well. I am reaching out to explore a constructive resolution to our
ongoing legal dispute. It's been a challenging process for both sides, and I believe it's in our
mutual best interest to avoid further costly litigation and find a way forward.

Given the complexities and uncertainties of prolonged legal proceedings, I propose we consider
a settlement that could benefit both our businesses. While Iconic Mars faces significant financial
limitations, I am prepared to offer a structured payment of $100,000 over time as part of a
settlement agreement. Additionally, I am open to exploring collaborative opportunities that could
generate new revenue streams for both parties. For example, a licensing agreement for comet
v1 portable isolation booths, while generating royalties or shared revenue from product sales.

Rather than continuing down a path of mounting legal expenses, I believe this proposal could
turn a challenging situation into a mutually beneficial partnership. I am committed to finding a
solution that brings closure while fostering potential business growth.

 **Gmail**                                    **James <jazzeyjames@gmail.com>**

## Re: letter to konrad II

1 message

**Stephen Lobbin** <sml@smlavvocati.com>                    Mon, Mar 3, 2025 at 9:48 PM
To: James <jazzeyjames@gmail.com>
Cc: Stephen Lobbin <sml@smlavvocati.com>

Please revise this sentence: "Despite the judgment in the Iconic Mars case, let me make this clear: continuing to drag this out, targeting me personally, and digging into my life and businesses will only create consequences that extend far beyond the courtroom. You have no cause to target my attorney Mr. Lobbin, who has never had any personal involvement in this dispute.  Your attorneys should know they will be held personally responsible as well, and the consequences for them will also be severe."

On Mon, Mar 3, 2025 at 9:21 PM James <jazzeyjames@gmail.com> wrote:

--
Warm regards,

Stephen M. Lobbin
SML Avvocati P.C.
San Diego|Los Angeles|Orange County
T: 949.636.1391
E: sml@smlavvocati.com

This message and any attached documents contain information from SML Avvocati P.C. that may be confidential and/or privileged. If you are not the intended recipient, please do not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply e-mail and then delete this message.

# EXHIBIT D

 Gmail

**James <jazzeyjames@gmail.com>**

---

## Re: Activity in Case 3:22-cv-00092-CAB-DEB Iconic Mars Corporation v. Kaotica Corporation Miscellaneous (Other 1)

1 message

---

**James** <jazzeyjames@gmail.com>                                    Wed, May 21, 2025 at 9:36 AM
To: Stephen Lobbin <sml@smlavvocati.com>
Cc: Daisy Bracamontes <daisy@socialimpactservices.org>, Stephen Lobbin <sml@smlavvocati.com>

Hi Stephen,
 I must object to the characterization of me in the filing as "a black immigrant from Nigeria."
While I understand the possible strategic intent to highlight potential bias, this kind of description in a federal court document feels inappropriate and unnecessary. It reduces my identity to race and immigration status in a way that could backfire or appear performative.  I would have never approved that phrasing, and I'm asking that we avoid it going forward.

Additionally, the part stating you had to "pull me back" from others paints a misleading image. I never moved toward anyone in a threatening or aggressive way, and that characterization could support the opposing counsel's false narrative. It's critical that the record reflects what actually occurred — I did not advance or act physically at all. I raised my voice out of frustration after being provoked, but I stayed in place and acted within bounds.

Moving forward, I respectfully request:

1. That I be allowed to submit **my own declaration** to supplement the record. I've prepared a draft already that I believe captures the situation accurately and professionally.

2. That no future court filings describing my actions or statements be submitted without my review and consent, especially when they contain sensitive descriptions or characterizations.

Let's stay aligned in presenting a strong and accurate defense. Please let me know how we can file my declaration as a supplemental statement.

Best,

James Olaleye

On Wed, May 21, 2025 at 9:05 AM Stephen Lobbin <sml@smlavvocati.com> wrote:

> This is great, thank you...attached is the response I filed last night...SML
>
> On Wed, May 21, 2025 at 8:28 AM James <jazzeyjames@gmail.com> wrote:

# EXHIBIT E

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
PHILADELPHIA PA   19255-0023

Date of this notice:  11-04-2024

Employer Identification Number:
█████4714

003199.624845.304194.21505 1 MB 0.622 920

Form:  SS-4

Number of this notice:  CP 575 A



AUDIO ICON INC
AUDIO ICON
████████████ ████

For assistance you may call us at
1-800-829-4933

003199

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.

### WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN).  We assigned you EIN 33-1704714.  This EIN will identify your entity, accounts, tax returns, and documents, even if you have no employees.  Please keep this notice in your permanent records.

Taxpayers request an EIN for their business.  Some taxpayers receive CP575 notices when another person has stolen their identity and are opening a business using their information.  If you did not apply for this EIN, please visit, www.irs.gov/einnotrequested.

When filing tax documents, making payments, or replying to any related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above.  Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN.  If the information is not correct as shown above, please make the correction using the attached tear-off stub and return it to us.

Based on the information received from you or your representative, you must file the following forms by the dates shown.

              Form 1120                              04/15/2025

If you have questions about the forms or the due dates shown, you can call us at the phone number or write to us at the address shown at the top of this notice.  If you need help in determining your annual accounting period (tax year), see Publication 538, Accounting Periods and Methods.

We assigned you a tax classification (corporation, partnership, etc.) based on information obtained from you or your representative.  It is not a legal determination of your tax classification and is not binding of the IRS.  If you want a legal determination of your tax classification, you may request a private letter ruling from the IRS under the guidelines in Revenue Procedure 2020-1, 2020-1 I.R.B. 1 (or superseding Revenue Procedure for the year at issue).  Note: Certain tax classification elections can be requested by filing Form 8832, Entity Classification Election.  See Form 8832 and its instructions for additional information.

 

BA202500■■

B3320-6821 01/04/2025 9:25 PM Received by California Secretary of State



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION
CORPORATION**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 657-5448

| For Office Use Only |
| --- |
| **-FILED-** |
| File No.: BA202500■■ |
| Date Filed: 1/4/2025 |

| Entity Details | |
| --- | --- |
| Corporation Name | Audio Icon, Inc. |
| Entity No. | ■■7792 |
| Formed In | WYOMING |

| Street Address of Principal Office of Corporation | |
| --- | --- |
| Principal Address | ■■■ WY 83110 |

| Mailing Address of Corporation | |
| --- | --- |
| Mailing Address | ■■■ SAN DIEGO, CA 92176 |
| Attention | Audio Icon Inc |

| Street Address of California Office of Corporation | |
| --- | --- |
| Street Address of California Office | ■■■ SUITE 302 SAN DIEGO, CA 92103 |

**Officers**

| Officer Name | Officer Address | Position(s) |
| --- | --- | --- |
| + Daisy Bracamontes | ■■■ STE 302 SAN DIEGO, CA 92103 | Secretary |
| + Oluseyi Olaleye | ■■■ STE 302 SAN DIEGO, CA 92103 | Chief Executive Officer, Chief Financial Officer |

**Additional Officers**

| Officer Name | Officer Address | Position | Stated Position |
| --- | --- | --- | --- |
| None Entered | | | |

**Directors**

| Director Name | Director Address |
| --- | --- |
| None Entered | |

The number of vacancies on Board of Directors is: 0

| Agent for Service of Process | |
| --- | --- |
| Agent Name | Oluseyi Olaleye |
| Agent Address | ■■■ 302 SAN DIEGO, CA 92103 |

| Type of Business | |
| --- | --- |
| Type of Business | Audio Equipment |

Email Notifications

# EMAIL COMFIRMATION SHOWING AUDIO ICON WEBSITE SOFT LAUNCH ON

# 01/23/25

 Gmail

Audio Icon <support@audioicon.com>

## Settings have been changed for 0▮▮▮▮d-42.myshopify.com

2 messages

**Shopify** <mailer@shopify.com>                                  Thu, Jan 23, 2025 at 10:52 AM
To: support@audioicon.com

Hello Oluseyi Olaleye,

The following change was recently made for your store https://▮▮▮▮▮myshopify.com/admin :

  - Ryan ▮▮▮▮▮ disabled storefront password

If this is an expected change, then all is well! If you did not authorize this change, please contact Shopify Support at
https://help.shopify.com/support and we'll be happy to help sort it out.

– The Shopify Team

**Audio Icon** <support@audioicon.com>                            Fri, Jun 27, 2025 at 12:44 PM
To: James Olaleye <james@audioicon.com>

[Quoted text hidden]
--
**AU        CON**
📍 ▮▮▮▮ Arrow Highway, Ste 5, Irwindale, CA 91706
🌐 www.audioicon.com
📧 support@audioicon.com

# This post marked Audio Icon's first public announcement and full brand launch across social media platforms.
## 03/28/2025



# ICONIC MARS TERMINATION



# California Secretary of State

Business Programs Division
1500 11th Street, Sacramento, CA 95814

ICONIC MARS CORPORATION



NATIONAL CITY, CA  91950

## Business Amendment Filing Approved

January 20, 2025

Entity Name: ICONIC MARS CORPORATION
Entity Type: Stock Corporation - CA - General
Entity No.: 4623741
Document Type: Termination
Document No.: BA2025011▮▮▮
File Date: 01/17/2025

The above referenced document has been approved and filed with the California Secretary of State. To access free copies of filed documents, go to bizfileOnline.sos.ca.gov and enter the entity name or entity number in the Search module.

***What's Next?***

The most up to date records may be obtained by searching for the Entity Name or Entity Number in the Search module at bizfileOnline.sos.ca.gov.

For further assistance, contact us at (916) 657-5448 or visit bizfileOnline.sos.ca.gov.



Thank you for using bizfile California, the California Secretary of State's business portal for online filings, searches, business records, and additional resources.

# EXHIBIT F

# AUDIO ICON
# BANK STATEMENT BUSINESS
# CHECKING ACCOUNT

# CHASE ◯

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 02, 2024 through November 29, 2024

Account Number:     00000067978▮

00391737 DRE 703 219 33524 NNNNNNNNNNN   1 000000000 64 0000

AUDIO ICON, INC.



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$0.00** |
| Deposits and Additions | 1 | 2,000.00 |
| Electronic Withdrawals | 2 | -1,999.00 |
| **Ending Balance** | **3** | **$1.00** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/05 | Online Transfer From Chk ...9630 Transaction#: 2262▮ | $2,000.00 |
| **Total Deposits and Additions** | | **$2,000.00** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/14 | 11/14 Online Transfer To Chk ..▮ Transaction#: 2271▮ | $1,950.00 |
| 11/18 | 11/16 Online Transfer To Chk ..▮ Transaction#: 227▮5 | 49.00 |
| **Total Electronic Withdrawals** | | **$1,999.00** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 11/05 | $2,000.00 |
| 11/14 | 50.00 |
| 11/18 | 1.00 |

# CHASE

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

November 30, 2024 through December 31, 2024

Account Number:   **00000067978**

00378600 DRE 703 219 00125 NNNNNNNNNNN  1 000000000 64 0000

AUDIO ICON, INC.

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## A reminder about incoming wire transfer fees

Due to a systems issue, we may not have charged you for all incoming wires in the past. On or after March 23, 2025, wire transfer fees will be charged for incoming wires in accordance with your Chase Deposit Account Agreement.

Please visit **chase.com/business/disclosures** and review the Additional Banking Services and Fees document for more details.

Please note, we don't charge incoming wire transfer fees for Chase Performance Business Checking®, Chase Performance Business Checking with Interest®, Chase Platinum Business Checking$^{SM}$, Chase Business Complete Checking$^{SM}$ accounts when transfer is originally sent with the help of a Chase banker or using chase.com or Chase Mobile, Chase Business Complete Checking$^{SM}$ accounts with Military Banking Benefits, IOLTA, IOTA, IOLA, IBRETA, IOREBTA, IRETA, COLTAF, CARHOF, UARHOF$^{SM}$, Client Funds Checking$^{SM}$ and Client Funds Savings$^{SM}$ accounts.

If you have any questions, call the number on this statement.

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$1.00** |
| Deposits and Additions | 2 | 2,100.00 |
| Electronic Withdrawals | 1 | -93.00 |
| **Ending Balance** | **3** | **$2,008.00** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.

**How to Avoid the Monthly Service Fee (MSF)**
If you meet any of the following qualifying activities for this Chase Business Complete Checking$^{SM}$ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $1.00.
- $2,000 Chase Payment Solutions$^{SM}$ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $6,638.33 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking$^{SM}$ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.



November 30, 2024 through December 31, 2024

Account Number:    **00000067978**■

# DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | Deposit     1260852288 | $2,000.00 |
| 12/30 | Online Transfer From Chk ...9630 Transaction#: 23206533■ | 100.00 |
| **Total Deposits and Additions** | | **$2,100.00** |

# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24 | Orig CO Name:Chase Credit Crd     Orig ID:47600■■4 Desc Date:241223 CO Entry Descr:Autopaybussec:PPD    Trace#:021000021599399 Eed:241224   Ind ID:■ | $93.00 |
| **Total Electronic Withdrawals** | | **$93.00** |

# DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 12/17 | $2,001.00 |
| 12/24 | 1,908.00 |
| 12/30 | 2,008.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# CHASE ◉

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

January 01, 2025 through January 31, 2025

Account Number:    **0000006797**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-242-7338** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00381517 DRE 703 219 03225 NNNNNNNNNNN   1 000000000 64 0000

AUDIO ICON, INC.

**To help protect you from fraud and scams, you'll no longer be able to send Zelle® payments to recipients originating from social media – such as social media marketplaces or messaging apps.**

Due to the significant rise in social media scams and to help protect your account, we'll be updating our policies on March 23, 2025, limiting your ability to send Zelle® payments identified as originating from contact through social media. As a result, we may:

- Request details about your payment's purpose and how you made contact with the recipient.
- Block or decline payments identified as originating from contact through social media.
- Decline payments, restrict your use of Zelle® through Chase or take other actions as described in your account agreement.

The updates to the policy become effective March 23, 2025, and will be outlined in Section 2 of the Zelle® Service Agreement, which may appear as a separate agreement or as an Addendum to the Digital Services Agreement. You can review the new agreements beginning January 23, 2025. Here's how to access them:

- On **chase.com/business**, log in to your account, click the Main Menu, then select "Agreements & disclosures."
- On the Chase Mobile® app, go to "Legal information" in Profile & Settings or at the bottom of the home page, then "Legal agreements and disclosures."

If you have questions, please call the number on this statement.

## CHECKING SUMMARY | Chase Business Complete Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,008.00** |
| Electronic Withdrawals | 4 | -1,567.00 |
| **Ending Balance** | **4** | **$441.00** |

Congratulations, we waived the $15 Monthly Service Fee for this statement period, based on your qualifying activity.



January 01, 2025 through January 31, 2025

Account Number:     **00000067978**▮▮▮

### How to Avoid the Monthly Service Fee (MSF)

If you meet any of the following qualifying activities for this Chase Business Complete Checking℠ account in a statement period, we will waive the $15 MSF.

Here's the business activity we used to determine if you qualified for the MSF waiver:
- $2,000 Minimum Daily Ending Balance: Your lowest daily ending balance was $441.00.
- $2,000 Chase Payment Solutions℠ Activity: $0.00 was deposited into this account.
- $2,000 Chase Ink® Business Card Activity: $3,271.27 was your total Ink activity.

You can also avoid the MSF if you:
- Maintain a linked Chase Private Client Checking℠ account OR
- Meet Chase Military Banking requirements

For complete details on all requirements to avoid the MSF, please review the Additional Banking Services and Fees for Business Accounts at chase.com/business/disclosures or visit a Chase branch.

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 01/13 | Zelle Payment To Ice Cream Studio LLC Jpm99Aunzhlj | $730.00 |
| 01/14 | 01/14 Online Transfer To Chk ...9630 Transaction#: 2337933▮▮ | 200.00 |
| 01/21 | Zelle Payment To Erick Jpm99Avgl68E | 500.00 |
| 01/24 | Orig CO Name:Chase Credit Crd     Orig ID:476003▮24 Desc Date:250123 CO Entry Descr:Autopaybussec:PPD     Trace#:02100002479▮9 Eed:250124   Ind ID: Ind ▮▮▮▮▮▮ | 137.00 |

| **Total Electronic Withdrawals** | **$1,567.00** |
|---|---|

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 01/13 | $1,278.00 |
| 01/14 | 1,078.00 |
| 01/21 | 578.00 |
| 01/24 | 441.00 |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts**, see your deposit account agreement or other applicable agreements that govern your account for details.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your deposit account agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

# AUDIO ICON
# BUSINESS CREDIT CARD STATEMENT



Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-945-2028

Mobile: Download the
Chase Mobile® app today

### December 2024

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |

New Balance
**$7,756.84**

Minimum Payment Due
**$93.00**

Payment Due Date
**12/23/24**

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay a late fee, and existing and new balances may become subject to the Default APR.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, go to www.chase.com

## CHASE ULTIMATE REWARDS® SUMMARY

| Previous points balance | 0 |
|---|---|
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 9,958 |
| + New Cardmember Bonus | 90,000 |
| **Total points available for redemption** | **99,958** |

Redeem for cash back- any amount, anytime. Log on to chase.com/ultimaterewards to explore all your reward options.

You earn unlimited 1.5% cash back on all purchases- it's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 5503**

| | |
|---|---|
| Previous Balance | $0.00 |
| Payment, Credits | $0.00 |
| Purchases | +$6,638.33 |
| Cash Advances | +$1,050.00 |
| Balance Transfers | $0.00 |
| Fees Charged | +$52.50 |
| Interest Charged | +$16.01 |
| **New Balance** | **$7,756.84** |
| Opening/Closing Date | 11/02/24 - 12/01/24 |
| Revolving Credit Amount | $21,000 |
| Available Credit | $13,243 |
| Cash Access Line | $1,050 |
| Available for Cash | $0 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section. These APRs will continue through the expiration dates shown in the Interest Charges section.



4246315426215503    4000000008

P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

**Make your payment at
chase.com/paycard**

| Payment Due Date: | 12/23/24 |
|---|---|
| New Balance: | $7,756.84 |
| Minimum Payment Due: | $93.00 |

**Account number: XXXX XXXX XXXX 5503**

$_____._____ Amount Enclosed
Make/Mail to Chase Card Services at the address below:

48197 BEX 9 33624 C

OLUSEYI J OLALEYE
AUDIO ICON, INC.
███████████████ 91706-6600

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28 15954 2 30



Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-945-2028

Mobile: Download the
Chase Mobile® app today

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant Name or Transaction Description | $ Amount |
|---|---|---|
| 11/12 | Alibaba.com San Mateo CA | 1,357.00 |
| 11/14 | Alibaba.com 408-7855580 CA | 427.41 |
| 11/16 | LETSGO NETWORK INCORPO MARKAM ON | 2.99 |
| 11/18 | ALIBABA.COM 800-981-3590 CA | 262.63 |
| 11/21 | GOTPRINT.COM 818-252-3000 CA | 707.57 |
| 11/24 | BARBUSA SAN DIEGO CA | 122.99 |
| 11/23 | VONS #2359 SAN DIEGO CA | 12.01 |
| 11/25 | TST* THE LOT LA JOLLA LA JOLLA CA | 134.55 |
| 11/25 | THE LOT LA JOLLA 858-777-0069 CA | 46.00 |
| 11/26 | SR. ALBERTO'S AUTHENTIC COVINA CA | 11.58 |
| 11/28 | Alibaba.com 408-7855580 CA | 205.98 |
| 11/29 | LETSGO NETWORK INCORPO MARKAM ON | 53.99 |
| 11/29 | Alibaba.com 408-7855580 CA | 3,293.63 |
| 11/14 | CHASE WEST COVINA WEST COVINA CA | 1,050.00 |
| 11/17 | TRANSACTION FEE | 52.50 |
| 12/01 | CASH ADVANCE INTEREST CHARGE | 16.01 |

██████████████ ████████████████████ 5503) $7756.84 INCLUDING PAYMENTS RECEIVED

| 2024 Totals Year-to-Date | |
|---|---|
| Total fees charged in 2024 | $52.50 |
| Total interest charged in 2024 | $16.01 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Expiration Date | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 0.00%  (d) | 12/01/25 | - 0 - | - 0 - |
| Purchases | █████  (d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | █████(v)(d) | 12/01/25 | ████████ | ████████ |
| Cash Advances | 2███████(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Balance Transfers | █████(v)(d) | 12/01/25 | - 0 - | - 0 - |
| Balance Transfers | █████%(v)(d) | - | - 0 - | - 0 - |

**29 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

*If you change your payment due date, the date your promotional rate(s) ends also changes.  Please be assured, the promotional rate will last for the time period promised in your offer.



Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-945-2028

Mobile: Download the
Chase Mobile® app today

| January 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 29 | 30 | 31 | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$10,963.22**
Minimum Payment Due
**$137.00**
Payment Due Date
**01/23/25**

## CHASE ULTIMATE REWARDS® SUMMARY

| Previous points balance | 99,958 |
|---|---|
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 4,907 |
| **Total points available for redemption** | **104,865** |

Redeem for cash back- any amount, anytime. Log on to chase.com/ultimaterewards to explore all your reward options.

You earn unlimited 1.5% cash back on all purchases- it's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay a late fee, and existing and new balances may become subject to the Default APR.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment.  To enroll, go to www.chase.com

## ACCOUNT SUMMARY

**Account Number:  XXXX XXXX XXXX 5503**

| | |
|---|---|
| Previous Balance | $7,756.84 |
| Payment, Credits | -$93.00 |
| Purchases | +$3,271.27 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$28.11 |
| **New Balance** | **$10,963.22** |
| Opening/Closing Date | 12/02/24 - 01/01/25 |
| Revolving Credit Amount | $21,000 |
| Available Credit | $10,036 |
| Cash Access Line | $1,050 |
| Available for Cash | $0 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $137.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 1 0516          Y   9   01   25/01/01          Page 1 of 2          00225     MA DA  48600          00110000010004860001



4246315426215503000137004                00003

| | |
|---|---|
| P.O. BOX 15123 | |
| WILMINGTON, DE 19850-5123 | |
| For Undeliverable Mail Only | |

**AUTOPAY IS ON**
See Your Account
Messages for details.

| **Payment Due Date:** | **01/23/25** |
|---|---|
| **New Balance:** | **$10,963.22** |
| **Minimum Payment Due:** | **$137.00** |

**Account number: XXXX XXXX XXXX 5503**

$_____._____   Amount Enclosed
Make/Mail to Chase Card Services at the address below:

48600 BEX 9 125 C

OLUSEYI J OLALEYE
AUDIO ICON, INC.
BALDWIN PARK CA  91706-6600

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28 1595426



Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-945-2028

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES  (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section.  These APRs will continue through the expiration dates shown in the Interest Charges section.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| 12/23 | AUTOMATIC PAYMENT - THANK YOU | -93.00 |
| 12/12 | Alibaba.com 408-7855580 CA | 2,971.27 |
| 12/26 | ▇▇▇▇ 760-438-8001 CA | 300.00 |
| 01/01 | CASH ADVANCE INTEREST CHARGE | 28.11 |

▇▇▇▇▇▇▇▇▇▇▇▇ TRANSACTIONS THIS CYCLE (CARD  5503) $3206.38
INCLUDING PAYMENTS RECEIVED

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $28.11 |

Year-to-date totals do not reflect any fee or interest refunds
you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Expiration Date | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 0.00%   (d) | 12/01/25 | $8,688.86 | - 0 - |
| Purchases | 21.49%   (d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 29.24%(v)(d) | 12/01/25 | $1,132.05 | $28.11 |
| Cash Advances | 29.24%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Balance Transfers | 21.49%(v)(d) | 12/01/25 | - 0 - | - 0 - |
| Balance Transfers | 21.49%(v)(d) | - | - 0 - | - 0 - |

**31 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

*If you change your payment due date, the date your promotional rate(s) ends also changes.  Please be assured, the promotional rate will last for the time period promised in your offer.

## IMPORTANT NEWS

Your account is a business account,
to be used only for business transactions.
It is not intended for personal, family
or household purposes.

OLUSEYI J OLALEYE                              Page 2 of 2                         Statement Date:     01/01/25



Manage your account online at:
www.chase.com/cardhelp

Customer Service:
1-800-945-2028

Mobile: Download the
Chase Mobile® app today

| February 2025 | | | | | | |
|---|---|---|---|---|---|---|
| S | M | T | W | T | F | S |
| 26 | 27 | 28 | 29 | 30 | 31 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |

New Balance
**$11,870.85**

Minimum Payment Due
**$148.00**

Payment Due Date
**02/23/25**

## CHASE ULTIMATE REWARDS® SUMMARY

| | |
|---|---|
| Previous points balance | 104,865 |
| + 1.5% (1.5 Pts)/$1 earned on all purchases | 1,523 |
| **Total points available for redemption** | **106,388** |

Redeem for cash back- any amount, anytime. Log on to chase.com/ultimaterewards to explore all your reward options.

You earn unlimited 1.5% cash back on all purchases- it's automatic! Redeem for cash with no minimum, and your Cash Back rewards do not expire as long as your account is open.

**Late Payment Warning:** If we do not receive your minimum payment by the due date, you may have to pay a late fee, and existing and new balances may become subject to the Default APR.

**Minimum Payment Warning:** Enroll in Auto-Pay and avoid missing a payment. To enroll, go to www.chase.com

## ACCOUNT SUMMARY

**Account Number: XXXX XXXX XXXX 5503**

| | |
|---|---|
| Previous Balance | $10,963.22 |
| Payment, Credits | -$137.00 |
| Purchases | +$1,014.87 |
| Cash Advances | $0.00 |
| Balance Transfers | $0.00 |
| Fees Charged | $0.00 |
| Interest Charged | +$29.76 |
| **New Balance** | **$11,870.85** |
| Opening/Closing Date | 01/02/25 - 02/02/25 |
| Revolving Credit Amount | $21,000 |
| Available Credit | $9,129 |
| Cash Access Line | $1,050 |
| Available for Cash | $0 |
| Past Due Amount | $0.00 |
| Balance over the Credit Access Line | $0.00 |

## YOUR ACCOUNT MESSAGES

Your next AutoPay payment for $148.00 will be deducted from your Pay From account and credited on your due date. If your due date falls on a Saturday, we'll credit your payment the Friday before.

0000001   FIS33339 C 1 0516          Y   9   01   25/02/02       Page 1 of 2          00225   MA DA  93454      03310000010009345401



P.O. BOX 15123
WILMINGTON, DE 19850-5123
For Undeliverable Mail Only

4246315426215503008500070850000000004

**AUTOPAY IS ON**
See Your Account
Messages for details.

| | |
|---|---|
| **Payment Due Date:** | **02/23/25** |
| **New Balance:** | **$11,870.85** |
| **Minimum Payment Due:** | **$148.00** |

**Account number: XXXX XXXX XXXX 5503**

$_____._____  Amount Enclosed
Make/Mail to Chase Card Services at the address below:

93454 BEX 9 03325 C
OLUSEYI J OLALEYE
AUDIO ICON, INC.
BALDWIN PARK CA 91706-6600

CARDMEMBER SERVICE
PO BOX 6294
CAROL STREAM IL 60197-6294

5000 160 28 159 50 30

Manage your account online at:
www.chase.com/cardhelp

Customer Service
1-800-945-2028

Mobile: Download the
Chase Mobile® app today

## YOUR ACCOUNT MESSAGES (CONTINUED)

Your AutoPay amount will be reduced by any payments that post to your account before we process your AutoPay payment.  If the total of these payments and merchant credits is more than your statement balance, your AutoPay payment for that month will be zero.

You have one or more balance(s) with APR expiration dates, as shown in the Interest Charge section.  These APRs will continue through the expiration dates shown in the Interest Charges section.

## ACCOUNT ACTIVITY

| Date of Transaction | Merchant  Name or Transaction Description | $ Amount |
|---|---|---|
| 01/23 | AUTOMATIC PAYMENT - THANK YOU | -137.00 |
| 01/05 | PEERSPACE, INC PEERSPACE.COM CA | 299.45 |
| 01/08 | CA SECRETARY OF STATE WEB 916-6951338 CA | 25.00 |
| 01/11 | 99 RANCH #1012 MONTEREY PARK CA | 86.29 |
| 01/11 | WAL-MART #5154 ROSEMEAD CA | 21.31 |
| 01/13 | Alibaba.com 408-7855580 CA | 365.62 |
| 01/20 | PEERSPACE, INC PEERSPACE.COM CA | 41.53 |
| 01/23 | GOTPRINT.COM 818-252-3000 CA | 150.67 |
| 01/23 | CITY OF ANAHEIM CONV CTR ANAHEIM CA | 25.00 |
| 02/02 | ██████████████████████ | 29.76 |

TRANSACTIONS THIS CYCLE (CARD  5503) $907.63
INCLUDING PAYMENTS RECEIVED

| 2025  Totals Year-to-Date | |
|---|---|
| Total fees charged in 2025 | $0.00 |
| Total interest charged in 2025 | $57.87 |

Year-to-date totals do not reflect any fee or interest refunds you may have received.

## INTEREST CHARGES

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| Balance Type | Annual Percentage Rate (APR) | Expiration Date | Balance Subject to Interest Rate | Interest Charges |
|---|---|---|---|---|
| **PURCHASES** | | | | |
| Purchases | 0.00%  (d) | 12/01/25 | $10,457.02 | - 0 - |
| Purchases | 21.49%  (d) | - | - 0 - | - 0 - |
| **CASH ADVANCES** | | | | |
| Cash Advances | 29.24%(v)(d) | 12/01/25 | $1,160.97 | $29.76 |
| Cash Advances | 29.24%(v)(d) | - | - 0 - | - 0 - |
| **BALANCE TRANSFERS** | | | | |
| Balance Transfers | 21.49%(v)(d) | 12/01/25 | - 0 - | - 0 - |
| Balance Transfers | 21.49%(v)(d) | - | - 0 - | - 0 - |

**32 Days in Billing Period**

(v) = Variable Rate
(d) = Daily Balance Method (including new transactions)
(a) = Average Daily Balance Method (including new transactions)
Please see Information About Your Account section for the Calculation of Balance Subject to Interest Rate, Annual Renewal Notice, How to Avoid Interest on Purchases, and other important information, as applicable.

*If you change your payment due date, the date your promotional rate(s) ends also changes.  Please be assured, the promotional rate will last for the time period promised in your offer.

# ICONIC MARS BANK STATEMENT

 **bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

3573    IMG    S    Y    ST01

000638767566113 P

ICONIC MARS CORPORATION

NATIONAL CITY CA 91950-5753

**Business Statement**

Account Number:
■■■■4340

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 1 of 5



☎    **To Contact U.S. Bank**

**24-Hour Business
Solutions:**    *800-673-3555*

**U.S. Bank accepts Relay Calls**

**Internet:**    *usbank.com*

---

## NEWS FOR YOU

Scan here with your phone's camera to download the U.S. Bank Mobile App.



---

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Time Deposits** section, the early withdrawal fee will be removed.

If you have questions, please call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. You can also schedule an appointment at **usbank.com/book** to speak with a banker in person, by phone or virtually.

Effective August 12, 2024, we would like to inform you of the upcoming changes to the *Business Pricing Information* document that may impact your account. A current copy of the *Business Pricing Information* disclosure can be obtained by calling 800-673-3555 or by visiting your local branch.

**Primary updates in your revised *Business Pricing Information* disclosure**

- Platinum checking updates include the following:
  - U.S. Bank Payment Solutions Merchant Banking is being added as an option for the Monthly Maintenance Fee waiver
  - Transactions - 550 free per statement cycle, then $0.40 each (previously 500 free transactions)
  - Cash Deposit Fee - 250 free units per month, then $0.33 per $100 (previously 200 free units)
- Gold Checking updates include the following:
  - Transactions - 350 free per statement cycle, then $0.45 each (previously 300 free transactions)
  - Cash Deposit Fee - 125 free units per month, then $0.33 per $100 (previously 100 free units)
- The Non-U.S. Bank ATM transaction fee for denied transactions will be removed.
- Under the Foreign Currency section, the Foreign Exchange Fee (Admin Fee) will be charged for transactions of $300 (previously $250) U.S. Dollars or less, or for any currency purchases returned within seven days.

Beginning August 12, 2024, a copy of the *Business Pricing Information* document will be available by calling 800-673-3555 or by visiting your local branch.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.


**ICONIC MARS CORPORATION**
1941 F AVE APT 3
NATIONAL CITY CA 91950-5753

**Business Statement**
Account Number:
██████4340

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 2 of 5

## INFORMATION YOU SHOULD KNOW                                        (CONTINUED)

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

## U.S. BANK SILVER - BUSINESS CHECKING                                  *Member FDIC*
### ACCOUNT CLOSED

U.S. Bank National Association                                    **Account Number** ████████4340
### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jul 1 | | $ | 1,087.31 | Number of Days in Statement Period | 18 |
| Other Deposits | 14 | | 8,746.52 | | |
| Card Withdrawals | 21 | | 3,433.70- | | |
| Other Withdrawals | 12 | | 6,400.13- | | |
| **Ending Balance on  Jul 31, 2024** | | **$** | **0.00** | | |

### Other Deposits

| Date | | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jul | 1 | Debit Purchase Ret - VISA AMAZON MKTPLACE ************4896 | On 062924 Amzn.com/bil WA REF # 746███4182102131243 US1 | 2102131243 | $ | 15.33 |
| Jul | 1 | Debit Purchase Ret - VISA AMAZON MKTPLACE ************4896 | On 062924 Amzn.com/bil WA REF # 74███64182102169461 US1 | 2102169461 | | 19.18 |
| Jul | 1 | Mobile Banking Transfer | From Account ██████3057 | | | 400.00 |
| Jul | 3 | Electronic Deposit REF=241840056726070N00 | From eBay ComRWY7FGLC 1618206000PAYMENTS KMYWJJSRTICXL6L | | | 133.43 |
| Jul | 8 | Mobile Banking Transfer | From Account 2██████2660 | | | 150.00 |
| Jul | 8 | Mobile Banking Transfer | From Account 2██████660 | | | 200.00 |
| Jul | 8 | Zelle Instant On 07/06/24 | PMT From OLUSEYI J OLALEYE PMT ID=JPM99ajx13wm | | | 800.00 |
| Jul | 8 | Mobile Banking Transfer | From Account 2██████2660 | | | 2,500.00 |
| Jul | 9 | Mobile Banking Transfer | From Account 2██████2660 | | | 1,500.00 |
| Jul | 10 | Electronic Deposit REF=241910077663070N00 | From eBay ComIVRTIW0F 1618206000PAYMENTS VXKLKWDRPSWJY6F | | | 82.79 |
| Jul | 10 | Zelle Instant On 07/10/24 | PMT From OLUSEYI J OLALEYE PMT ID=JPM99ak2l0sy | | | 2,000.00 |
| Jul | 12 | Debit Purchase Ret - VISA AMZN Mktp US ************4896 | On 071124 Amzn.com/bil WA REF # 74692164193101917398 US1 | 3101917398 | | 418.94 |
| Jul | 15 | Debit Purchase Ret - VISA AMAZON MKTPLACE ************4896 | On 071224 Amzn.com/bil WA REF # 74692164194102835725 US1 | 4102835725 | | 26.85 |
| Jul | 17 | Mobile Banking Transfer | From Account ████3057 | | | 500.00 |
| | | | **Total Other Deposits** | | **$** | **8,746.52** |

### Card Withdrawals
Card Number: xxxx-xxxx-xxxx-4896

| Date | | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jul | 1 | Recurring Debit Purchase THE TOLL ROADS O ************4896 | On 062924 949-727-4800 CA REF # 24692164181101917979 US1 | 1101917979 | $ | 0.30- |
| Jul | 1 | Debit Purchase - VISA Amazon.com*RC6YJ ************4896 | On 062924 Amzn.com/bil WA REF # 24692164183102958196388 | 3102958196 | | 132.29- |

**us bank.**  ICONIC MARS CORPORATION

91950-5753

**Business Statement**
Account Number:
███████4340
Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 4 of 5

## U.S. BANK SILVER - BUSINESS CHECKING                                                          (CONTINUED)
### ACCOUNT CLOSED

U.S. Bank National Association                                                    **Account Number 1-575-2554-4340**

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-4896

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 16 | Debit Purchase - VISA<br>SIAM CASA THAI C<br>************4896 | On 071524 BALDWIN PARK CA<br>REF # 24055234198030221364589 | 8030221364 | 55.49- |
| Jul 17 | Recurring Debit Purchase<br>TMOBILE*AUTO PAY<br>************4896 | On 071624 800-937-8997 WA<br>REF # 24692164198102889633 US1 | 8102889633 | 127.09- |

| | | Amount |
|---|---|---|
| Card 4896  Withdrawals Subtotal | $ | 3,433.70- |
| Total Card Withdrawals | $ | 3,433.70- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 8 | Electronic Withdrawal<br>REF=241900099283950N00 | To Yardi Service Ch<br>9000278329SIGONFILE 4NX4PG | | $  0.95- |
| Jul 8 | Electronic Withdrawal<br>REF=241870098056200N00 | To ADP PAYROLL FEES<br>9659605001ADP FEES 926233676022 | | 95.08- |
| Jul 8 | Electronic Withdrawal<br>REF=241900099408720N00 | To Rexford Industri<br>9000298053SIGONFILE DLZ4PG | | 2,206.54- |
| Jul 9 | Electronic Withdrawal<br>REF=241900142336910N00 | To SO CAL EDISON CO<br>0088778600DIRECTPAY 700855585918 | | 70.54- |
| Jul 11 | Electronic Withdrawal<br>REF=241920109680900N00 | To ADP PAY-BY-PAY<br>9555555505PAY-BY-PAY944931441366AGG | | 18.95- |
| Jul 11 | Electronic Withdrawal<br>REF=241920108568130N00 | To ADP - TAX<br>9333006057ADP - TAX 564068116132A03 | | 151.12- |
| Jul 11 | Electronic Withdrawal<br>REF=241920108565520N00 | To ADP WAGE PAY<br>9333006057WAGE PAY 944931441365AGG | | 1,802.71- |
| Jul 15 | Analysis Service Charge | | 1500000000 | 89.00- |
| Jul 17 | Mobile Banking Transfer | To ███████3057 | | 1,465.24- |
| Jul 18 | Electronic Withdrawal<br>REF=241990093558450N00 | To VENMO<br>3264681992PAYMENT  1035718082000 | | 355.00- |
| Jul 19 | Account Closed | | | 0.00- |
| Jul 19 | Mobile Banking Transfer | To Account ███783057 | | 145.00- |

| | | Amount |
|---|---|---|
| Total Other Withdrawals | $ | 6,400.13- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jul 1 | 98.16 | Jul 10 | 3,413.42 | Jul 16 | 1,592.33 |
| Jul 2 | 41.28 | Jul 11 | 1,434.65 | Jul 17 | 500.00 |
| Jul 3 | 172.11 | Jul 12 | 1,719.82 | Jul 18 | 145.00 |
| Jul 8 | 625.99 | Jul 15 | 1,647.82 | Jul 19 | 0.00 |
| Jul 9 | 1,609.52 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: June 2024

| | | | |
|---|---|---|---|
| Account Number: | 1-575-2554-4340 | $ | 89.00 |
| Analysis Service Charge assessed to | 1-575-2554-4340 | $ | 89.00 |

¹ Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

# EXHIBIT G

# AUDIO ICON
# MANUFACTURER DISTINCTION
# AND INVOICE

# Proforma Invoice

| | | | | |
|---|---|---|---|---|
| **Vendee:** | AUDIO ICON INC | | **Vender:** | Shenzhen Maono Technology Co., Ltd. |
| **Contact:** | James Olaleye | | **Contact:** | Damian Yang |
| **Telephone:** | | | **Telephone:** | +86 15323463945 |
| **Address:** | 15709 Arrow Hwy., Suit 5 Irwindale, CA 91706, USA+1(619) 519-3670 | | **Address:** | 13th Floor, Building 4, Phase II of Tianan Yungu Industrial Park, Bantian Street, Longgang District, Shenzhen, China |

P/N: MTPI-20241127E06

Date: 27/Nov/24

| Products No. | Picture | Description | Quantity (Unit) | Unit price (USD) | Total (USD) |
|---|---|---|---|---|---|
| PF131M | | Mode Cost for Metal & Plastic Pop Filter | 2 | US$ 1,000.00 | $ 1,000.00 |
| PF141D | | Mode Cost for Pop Filter Frame(square mode) | 1 | US$ 4,500.00 | $ 2,200.00 |
| | | | | AMOUNT: | $ 3,200.00 |

## Terms of trade

1 Country of origin:    China
2 Packaging :    Gift box
3 Trade term:    FCA SHENZHEN

**BENEFICIARY INFORMATION**
Payment currency: USD only
Beneficiary account number: 7051 0000 0816 2885 7
Swift code: CITIUS33 or CITIUS33XXX
Beneficiary country/region: United States
Beneficiary name: Shenzhen Maono Technology Co., Ltd.
Beneficiary bank: CITIBANK N.A. New York Branch
Beneficiary bank address: 111 Wall Street New York, New York 10043, United States
ABA number/Routing number: 031100209

Kind Attention: For this order, please pay to the account which listed in this proforma invoice.

**AUDIO ICON PRODUCT**

**THE FLEX PRO GOOSENECK ENCLUSRE WITH
METALIC BLACK SPOT
UV PRINTING ON POP FILTER.**

**AUDIO ICON POP FILTER IS CALLED
POP SHIELD**











# ICONIC MARS
# MANUFACTURER DISTINCTION

# Proforma Invoice

| | | | |
|---|---|---|---|
| **Vendee:** | ICONIC MARS | **Vender:** | Shenzhen Dingchuang Smart Manufacturing Company Limit |
| **Contact:** | James Olaleye | **Contact:** | Jasmine Wang    sales08@dcmanufacture.com |
| **Telphone:** | | **Telphone:** | +86 18194050470 |
| **Address:** | 435 W. Los Feliz Road unit 338. Glendale, CA 91204，USA +1(619) 519-3670 | **Address:** | Factory Building 1, Aoxiang Road, Ailian Community, Longcheng Street, Longgang District, Shenzhen, PRC |

P/N: DCMTPI-20210929A03                                                                Date:      29/Sep/21

| Products No. | Description | Quantity (Unit) | Unit price (USD) | Total (USD) |
|---|---|---|---|---|
| Mould fee | Foam mould fee and plastical mould | 1 | US$   2,500.00 | $   2,500.00 |
| Wave pattern fee | Wave pattern fee | 3,000 | US$   2.00 | $   6,000.00 |
| | 2 times DHL fee | 2 | US$   38.00 | $   76.00 |
| | | | AMOUNT: | $   11,576.00 |

## Terms of trade

1 Country of origin:      China
2 Packaging：      netural package
3 Trade term：      FCA SHENZHEN

## Bank Information

1 BENEFICIARY'S NAME:      Shenzhen Dingchuang Smart Manufacturing Company Limited
2 A/C NO.      :100001 24491489
3 BENEFICIARY BANK:      JPMorgan Chase Bank N.A., Singapore Branch
4 SWIFT CODE:      CHASSGSGXXX or CHASSGSG
5 Beneficiary region:       Singapore
6 Beneficiary bank address:  168 Robinson Road, Capital Tower 17-00, Singapore 068912
7 Bank code:      7153
8 Branch code:      001

# ICONIC MARS PRODUCT

# FOAM ISOLATION BOOTH
# WITH ISOLATION BOOTH POP FILTER (MATT WHITE UV PRINTING ON POP FILTER)

# THE POP FILTER IS CALLED COMET









# PRODUCT COMPARISION

| FEATURE | ICONIC MARS | AUDIO ICON |
|---|---|---|
| **Product Type** | Foam Isolation Booth, Custom Paining Isolation Booth and Apparel | Modular Interchangeable Gooseneck Enclosure |
| **Material** | Acoustic Foam | Aluminum |
| **Purpose** | Blocks external noise and room reflections for cleaner recordings. | Reduces plosive sounds like P" and B" by controlling air bursts |
| **Pop Filter Type** | Mesh | Aluminum, Hydrophobic, Mesh |
| **Pop Filter Printing** | UV Matt White | Spot UV Glossy Metallic Black |
| **Placement** | Encases the microphone fully to isolate sound | Mounted on a mic stand using a flexible gooseneck arm |
| **Product Name** | Comet & Comet Pop Filter | Flex Pro & Pop Shield |
| **Manufacturer** | DCMT (Dingchuang Smart Manufacturing Company) | Maono Technology |

# EXHIBIT H

# SIDE-BY-SIDE BRANDING SHEET

| ASPECT | ICONIC MARS | AUDIO ICON |
|---|---|---|
| Legal Entity | Iconic Mars Corp<br>EIN – ████ 2329<br>(Dissolved) | Audio Icon Inc.<br>EIN – ████ 4714<br>(Active) |
| Business Start Date | 01/07/2021 - 01/17/25 | A soft launch for limited audience 01/23/25<br><br>Officially announced to the public 03/28/25 till present. |
| Warehouse/ Office Address | 5220 4th street Ste. 10<br>Irwindale Ca 91706 | 15709 Arrow Hwy, #5<br>Irwindale, CA 91706 |
| LOGO/ Words | ICONICmars | AUDIO ICON |
| Brand Mission | Stylish, artistic paintings and customization isolation booth for recording. | Professional, modular solution for audio clarity |
| Tagline/Slogan | Record Anywhere, Anytime | Where Sound becomes Legendary |

| | | |
|---|---|---|
| Visual Identity | Space Theme, Bright colors, comic-style art, and youth-focused marketing. | Clean, minimal design with emphasis on precision and modularity. |
| Manufacturer | DCMT | Maono Technology |
| Primary Product Line | Foam-based portable microphone isolation booths (e.g., Comet), and Apparel. | Metal-based modular gooseneck pop filter system (e.g., Flex Pro) |
| Target Customer | Independent musicians, Gen Z creators, fans of colorful and custom studio gear | Engineers, producers, podcasters, Audio Accessories, Software and professional audio setup in any settings not just music production. |
| Manufacturing | Bright color apparel with Space Theme, foam molds, and hand painted isolation booth. | CNC-machine aluminum components and universal mounting hardware. |
| Social Media | 1st IG – @iconicmars 17,200 followers ; <br><br> 2nd IG – @iconicmarsinc 7,294 followers | @audio_Icon With 407 followers |
| Shopify Customer Subscribers | 8,282 | 29 |
| Lifetime Sales | $532,654.01 | $0 – till date. |
| Lifetime Orders | 5,068 | 0 sales – till July 20th 2025 |

| Trademark Status | Iconic Mars US # 90087809 | Audio Icon US # 98868890 |
|---|---|---|
| Domain & Website | www.iconicmars.com (no longer active) | www.audioicon.com |

# Audio Icon
# Social Media Instagram



# AUDIO ICON FACEBOOK



# AUDIO ICON LIFETIME GROSS SALES - $0
# AND
# LIFETIME ORDERS - 0 (zero)

## ᵭᵤ Analytics

Customize

📅 Nov 1, 2024–Jul 1, 2025     No comparison

| Gross sales | Returning customer rate | Orders fulfilled | Orders |
|---|---|---|---|
| $109.90 | 0% | 0 | 1 |

### Total sales over time

**$0**

$10

$5

$0

Nov 2024   Dec 2024   Jan 2025   Feb 2025   Mar 2025   Apr 2025   May 2025   Jun 2025

— Nov 1, 2024–Jul 1, 2025

### Total sales breakdown

Gross sales

Discounts

Returns

Net sales

Shipping charges

Return fees

Taxes

Total sales

### Total sales by sales channel

**$0**
—

● Online Store

### Average order value over time

**$109.90**

$200

$0

Nov 2024   Feb 2025   May 2025

— Nov 1, 2024–Jul 1, 2025

### Total sales by product

Flex Pro Replaceable Pop Shie

$0.00

### Sessions over time

**1,675**

400

300

200

100

0

Nov 2024   Feb 2025   May 2025

### Conversion rate over time

**0%**

100%

50%

0%

Nov 2024   Feb 2025   May 2025

### Conversion rate breakdo

**0%**

| ⚡ Sessions | Added to... |
|---|---|
| 100% | 1.19% |
| 1,675 | 20 |

# Marketing



Nov 1, 2024–Jul 1, 2025 | No comparison | Last non-direct click ⌄

**Online store sessions**

1,675

↗ 152%

**Online store conversion rate**

—

**Average order value**

$109.90

**Total sales**

—

**Sales attributed to marketing**

—

**Orders attributed to marketing**

—

**Top marketing channels**          View report

ⓘ Cost, click, and impression metrics are now available for supported marketing apps. Learn more          ✕



## ☐ Orders

| | Orders | Items ordered | Returns |
|---|---|---|---|
| 📅 30 days | 0 | 0 | $0 — |

| All | Unfulfilled | Unpaid | Open | Archived | + | 🔍 ☰ | ▥ | ↕ |
|---|---|---|---|---|---|---|---|---|

| ☐ | Order | | Date ↓ | Customer | Channel | Total | Payment status | Fulfillment st |
|---|---|---|---|---|---|---|---|---|
| ☐ | #1002 | ⚠ | May 13 at 10:16 am | James Olaleye | Online Store | $0.00 | ● Refunded | O Unfulfille |
| ☐ | #1001 | | Aug 13 at 2:22 pm | R C | Online Store | $0.00 | ● Refunded | O Unfulfille |

Learn more about orders

# Audio Icon Customers/Website Subscribers/Warehouse Address





# AUDIO ICON TRADEMARK

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS      DOCUMENTS                                                    Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-07-07 01:34:37 EDT |
| **Mark:** | AUDIO ICON |

AUDIO ICON

| | | | |
|---|---|---|---|
| **US Serial Number:** | 98868890 | **Application Filing Date:** | Nov. 22, 2024 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | | LIVE/APPLICATION/Under Examination<br><br>The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner. |
| **Status:** | | A non-final Office action has been sent (issued) to the applicant. This is a letter from the examining attorney requiring additional information and/or making an initial refusal. The applicant must respond to this Office action. To view all documents in this file, click on the Trademark Document Retrieval link at the top of this page. |
| **Status Date:** | Jun. 11, 2025 | | |

**Mark Information**

**Goods and Services**

**Basis Information (Case Level)**

**Current Owner(s) Information**

**Attorney/Correspondence Information**

**Prosecution History**

**TM Staff and Location Information**

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

# AUDIO ICON DOMAIN REGISTRATION.



# AUDIO ICON WEBSITE

# WWW.AUDIOICON.COM

7/11/25, 7:51 PM

Case 3:22-cv-00092-CAB-DEB    Document 239    Filed 08/21/25    PageID.6295    Page
Audio Icon – Professional Recording Accessories – AUDIO ICON
88 of 136



Free shipping for all U.S. orders! →

    



# Pop Shield Pro

   

| Platinum Silver Pop Filter | Acoustic Foam Pop Filter | Classic Black Pop Filter | Olive Green Pop Filter |
|---|---|---|---|
| $24.95 USD | $24.95 USD | $19.95 USD | $19.95 USD |

View all





Case 3:22-cv-00092-CAB-DEB    Document 239    Filed 08/21/25    PageID.6297    Page 90 of 136



# AUDIO ICON

Support

Search

Terms of Service

Refund Policy

Privacy Policy

Contact Us

Your privacy choices

Shipping Policy

Quick Links

Designed and Assembled in the USA

Flex Pro

Pop Filters

Case 3:22-cv-00092-CAB-DEB     Document 239     Filed 08/21/25     PageID.6298     Page 91 of 136

Accessories

Blog

Country/region

United States | USD $    ⌄

© 2025, AUDIO ICON    ·    Privacy policy    ·    Terms of service    ·    Shipping policy    ·    Refund policy

·    Contact information

# INDEPENDENT BRAND REFERENCES

(Similarity Between Products)

## www.popaudio.co.uk

(Similarity Between Brand Name)

## www.iconaudio.com

## www.iconproaudio.com

www.popaudio.co.uk/




# THE POP FILTER.
## REIMAGINED.

Strong, flexible, adaptable and uncompromising.

HOME
PRODUCTS
SHOP
REVIEWS
ABOUT
BLOG
CART



INTER-
CHANGEABLE
FILTERS



HIGHLY FLEXIBLE
ARM



ROCK SOLID
ALUMINIUM
CLAMP



ACOUSTICALLY
TRANSPARENT

## THREE INTERCHANGEABLE FILTERS



Three filters for three different environments. All achieving great acoustic transparency.

**FABRIC**

The classic dual layer fabric filter. Constructed from two layers of acoustically transparent fabric, this filter is perfect for any situation.

**METAL**

Robust and easy to clean, this filter is perfect for recording both on the road and in the studio. Built from two metal disks, each punched with hundreds of 0.8mm diameter holes, this filter offers great acoustic transparency whilst being strong and ready for life on the road.

**FOAM**

The ultimate solution for the most critical recording situations. For the purest, most uncompromised sound, our hydrophobic 20ppi foam filter provides extreme levels of transparency whilst preventing air blasts and moisture from damaging your microphone and ruining your recordings.



(0116) 244 0593          sales@iconaudio.com                                        Home | N

**Award Winning Valve Amplifiers**

⌂ | Products | Product Reviews | Brands | About | Brochure | Price List | Dealers | Offers | Downloads

# Loudspeakers



## Brand —
☐ Icon Audio

## Preferences —
☐ Hide Discontinued

## Rating —
○ ★★★★★
○ ★★★★ +
○ ★★★ +
○ ★★ +
○ ★ +
● All Including Unrated

## Price —
£0 - £0

Results: 1 - 13 (of 13) | Per Page: 30 ⌄          Sor

**Stand-mount Loudspeakers - MFV2**
☆☆☆☆☆
(From 0 Reviews)
Enquiry ✉

**Bookshelf Loudspeakers ideal for small room - MFV6**
☆☆☆☆☆
(From 0 Reviews)
Enquiry ✉

**Our best value floor standing Loudspeaker - MFV3 Standard MkIII**
★★★★★
(From 1 Reviews)
Enquiry ✉

U
MF

**Our New Compact Floorstanding Loudspeaker - MFV4**
☆☆☆☆☆
(From 0 Reviews)
Enquiry ✉

**LS3/5A replica - MFV LS3/5A**
☆☆☆☆☆
(From 0 Reviews)
Enquiry ✉

**Magnificent 15" bass unit with horn pressure drive Loudspeaker - MFV15H**
☆☆☆☆☆
(From 0 Reviews)
Enquiry ✉

st
wit

Cookies ⊗

 **iCON** Pro Audio

CONTROL SURFACES | MICROPHONES | INTERFACES | KEYBOARDS | WIRELESS | PROCESSORS | H

Media Center    News    Help Center    User C



### Aurora
MSRP $129.00

Learn More

Buy Now



### Space 103
MSRP $179.00

Learn More

Buy Now



### Dynamic 58
MSRP $69.00

Learn More

Buy Now



### Aurora
MSRP $129.00

Learn More

Buy Now




### DynaMic
MSRP $89.00

Learn More

Buy Now



### Space 251
MSRP $669.00

Learn More

Buy Now




### Shield
MSRP $159.00

Learn More

Buy Now




### Space 67
MSRP $699.00

Learn More

Buy Now




### Space 87
MSRP $449.00

Learn More

Buy Now

# ICONIC MARS

**(www.iconicmars.com)**

# WEBSITE HOME PAGE

FREE SHIPPING ON ALL U.S. ORDERS!    ✕

☐ ☐ ☐ ☐                                                          ☐ LOGIN    ☐ 0

Search...    ☐

# COMET PRO

## MICROPHONE ISOLATION BOOTH, DESIGNED TO ABSORB AMBIENT NOISE AND BOOST SOUND CLARITY.

SHOP NOW

BOOST SOUND CLARITY

PORTLAND - Tur...    **Draft**
Password protected 🔒

👁    🇺🇸 US ⌄    🗚 EN ⌄    •••    Customize theme



**INTRODUCING**

# CLUB ICONIC

EXCLUSIVE HAND PAINTED ISOLATION BOOTH FOR YOUR CREATIVE SPACE

ENTER CLUB ICONIC

## BOOST SOUND CLARITY



## COMET PRO

Unlock professional recording quality with the Comet PRO- the ultimate microphone Isolation Vocal Booth. Made from premium high-density foam, it effectively reduces ambient noise for crystal clear recordings. The Comet Pro is the most portable option in its class, yet it features the highest density and largest cavity chamber, providing superior sound isolation. The built-in dual-layer pop filter eliminates all forms of sound reflection, while the ultra-quiet portable booth encapsulates your microphone, providing consistent studio-quality sound every time.

SHOP NOW

## iconicmars                                                    □          □ 0

## COMET X7B

Experience superior sound quality with
the Comet X7B Isolation Booth. This
professional audio solution is specifically
designed to reduce ambient noise and
enhance the quality of your recordings,
making it perfect for podcasters, voice-
over artists, radio hosts, live
broadcasters and more. It's is compatible
with most front-address microphone,
making it a versatile choice for any audio
setup.

SHOP NOW





## COMET

Achieve professional-grade sound with
the Comet v2 Isolation Booth. Made from
premium high-density foam, it effectively
reduces ambient noise for optimal
recording quality. The built-in dual-layer
pop filter eliminates sound reflection,
ensuring clarity in every recording.
Upgrade your recording setup with the
portable and effective Comet Isolation
Booth.

SHOP NOW

## POP FILTERS

## SUBSCRIBE

Sign up to get the latest on sales, new releases and more …

ICONICMARS

Enter your email address...

SIGN UP

☐

☐ 0

# ICONIC MARS

## SUPPORT

## DESIGNED IN CALIFORNIA

ICONICMARS

☐  ☐  ☐  ☐

At Iconic Mars, we understand that sound quality is the key to flawless performance. This is why our products are developed by audio professionals and evaluated by audio engineers with extensive real-world experience, to ensure they meet our high standards.

♡ Follow on shop

© 2025 Iconic Mars.

# Iconic Mars Social Media
# Facebook & Instagram






# ICONIC MARS LIFETIME GROSS SALES - $487,540
# AND
# LIFETIME ORDERS – 5,068

# Overview



**Jan 1, 2021–Mar 7, 2025**

Gross sales
$487,540.20 —

Returning ███████
3.53% —

Orders fulfilled
███ —

Orders
███ —

## Total sales over time
**$532,654.01** —

Legend: — Jan 1, 2021–Mar 7, 2025   ⋯ Jan 1, 2021–Jan 19, 2024

## Total sales breakdown

| | |
|---|---|
| Gross sales | $487,540.20 — |
| Discounts | -$12,978.22 — |
| Returns | -$19,495.64 — |
| Net sales | $455,066.34 — |
| Shipping charges | $72,663.75 — |
| Return fees | $0.00 — |
| Taxes | $4,808.81 — |
| Total sales | $532,654.01 — |

## Total sales by sales channel

- Online Store ███ —
- ███████ ███ —
- ███████ ███ —
- ███ ███ —
- ███████ ███ —

## Average order value over time
**$93.59** —

$5,463.76
$0.00

Legend: — Jan 1, 2021–Mar 7, 2025   ⋯ Jan 1, 2021–Jan 19, 2024

Legend: — Jan 1, 2021–Mar 7, 2025   ⋯ Jan 1, 2021–Jan 19, 2024

reddit
$119.95 —
$0.00

# ICON MARS TRADEMARK

**For assistance with TSDR**, email **teas@uspto.gov** and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

STATUS    DOCUMENTS                                          Back to Search          Print

| | |
|---|---|
| **Generated on:** | This page was generated by TSDR on 2025-07-07 01:13:22 EDT |
| **Mark:** | ICONIC MARS |

## ICONIC MARS

| | | | |
|---|---|---|---|
| **US Serial Number:** | 90087809 | **Application Filing Date:** | Aug. 02, 2020 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |

**TM5 Common Status Descriptor:**

DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned because the applicant failed to respond or filed a late response to an Office action. To view all documents in this file, click o the Trademark Document Retrieval link at the top of this page.

**Status Date:** Jun. 13, 2021

**Date Abandoned:** May 30, 2021

## Mark Information

## Goods and Services

## Basis Information (Case Level)

## Current Owner(s) Information

## Attorney/Correspondence Information

## Prosecution History

## TM Staff and Location Information

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Feedback

# EXHIBIT I

# LIST OF CONTRIBUTIONS INTO ICONIC MARS

| Date | Amount (Personal Contribution) | Description |
|---|---|---|
| December 07, 2021 | $20,000 | Legal fees and litigation settlement |
| December 08, 2021 | $3,000 | Legal fees and litigation settlement |
| December 08, 2021 | $5,000 | Legal fees and operation |
| December 08, 2021 | $9,000 | Legal fees and Product development |
| | | |
| February 01, 2022 | $8,610.75 | In February 2022, I personally injected funds into Iconic Mars to cover inventory purchases made on February 14 and February 18, which total $18,750, as the company did not have sufficient funds to complete the transactions. Sales for that month totaled only $6,350, which was far below what was needed to sustain operations.

In addition to inventory, Iconic Mars also lacked the funds necessary to cover payroll, advertising (google ads invoice alone was $3,500), and other essential operational expenses. My financial contributions were made to keep the business afloat during a period of significant cash shortfall to prevent shutdown. |
| | | |
| March 28, 2022 | $9,400 | Capital contribution made to cover inventory purchases and operational expenses |
| March 30, 2022 | $7,950 | Capital contribution made to cover inventory purchases and operational expenses |
| | | |
| May 31, 2022 | $6,200 | Legal fees, and operations cost |
| | | |
| June 01, 2022 | $5,000 | Inventory restock |
| June 17, 2022 | $700.00 | Marketing and operational cost |
| June 17, 2022 | $2,853.74 | Marketing and operational cost |
| | | |
| February 15, 2023 | $1,800 | Marketing and operational cost |

| February 16, 2023 | $1,500 | Capital contribution made to cover operational expenses |
| February 27, 2023 | $1,800 | Capital contribution made to cover operational expenses |
| | | |
| March 14, 2023 | $1,800 | At this stage, Iconic Mars's sales had dropped by over 90%, primarily due to the ongoing legal dispute and unsellable inventory. In March 2023, our average monthly revenue was just $3,343.54, which was not enough to cover rent, payroll, or essential operational expenses. Google ads invoice alone was $2,494. Warehouse monthly rent was $2,377. To avoid shutting down, I had to make additional capital contributions multiple times to sustain the business. |
| | | |
| July 06, 2023 | $200.00 | Iconic Mars Sales continue to decline to $989.42 in July 2023. The company was unable to cover payroll expense, marketing invoice and warehouse rent which was $2,377. To prevent shutdown, I had to make multiple documented contribution into Iconic Mars. |
| July 17, 2023 | $2,300 | Capital contribution made to cover operational expenses and lease renewal. |
| July 17, 2023 | $2,700 | Capital contribution made to cover operational expenses |
| July 18, 2023 | $2,000 | Capital contribution made to cover operational expenses |
| July 18, 2023 | $350.00 | Capital contribution made to cover operational expenses |
| July 18, 2023 | $1,029 | Capital contribution made to cover operational expenses |
| July 19, 2023 | $5,000 | Capital contribution made to cover operational expenses |
| July 31, 2023 | $2,000 | Capital contribution made to cover operational expenses |
| | | |

| October 20, 2023 | $3,600 | Capital contribution made to cover operational expenses |
| October 23, 2023 | $3,600 | To help cover critical operational expenses such as payroll and rent, I acquired a business loan from my mother and deposited it directly into the company account. |
| October 30, 2023 | $3,500 | To help cover critical operational expenses such as payroll and rent, I acquired a business loan from my mother and deposited it directly into the company account. |
| | | |
| July 08, 2024 | $800.00 | Capital contribution made to cover operational expenses |
| July 08, 2024 | $2500 | Capital contribution made to cover operational expenses |
| July 09, 2024 | $1500 | Capital contribution made to cover operational expenses |
| July 10, 2024 | $2000 | Capital contribution made to cover operational expenses |
| July 17, 2024 | $500.00 | In July 2024, during the final days before closing Iconic Mars' business bank account, I made multiple contributions totaling over $3, 00 to keep the company afloat. These contributions were critical to covering employee payroll, contractor payments, rent, and other operational expenses.<br><br>The $145 remaining was far less than my total contributions. |



# Statement

Page 1 of 3

**To**

Iconic Mars

LINCOLN ACRES, CA 91950

United States

**Details**

| | |
|---|---|
| Account ID ....................... ███████████ | |
| Payments account ID ............ 3792-5134-5771-1355 | |
| Payments profile ID .............. 2█████-4241 | |
| Statement issue date ............ Mar 31, 2023 | |

**Google Ads**

**Summary for Mar 1, 2023–Mar 31, 2023**

| | |
|---|---|
| Starting balance | $183.39 |
| Total new activity | $2,494.07 |
| Total fees * | $0.35 |
| Total payments received | -$2,183.39 |
| Ending balance in USD | $494.42 |

*Additional fees (e.g. Regulatory Operating Costs, Digital Services Tax (DST) Fee, etc.) are applicable to your business when ads are displayed in certain countries. Learn more about fees and charges: https://support.google.com/google-ads/answer/9750227

**This is not a bill.**

This is a summary of billing activity for the time period stated above.

# Marketing

Mar 1–31, 2023    No comparison    Last non-direct click ⌄



![US Bank logo](us bank)

ICONIC MARS CORPORATION
ICONIC MARS CORPORATION
-5753

**Business Statement**

Account Number:
4340

Statement Period:
Jul 3, 2023
through
Jul 31, 2023

Page 2 of 6



## U.S. BANK SILVER - BUSINESS CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** 4-4340

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jul 3 | | $ | 1,492.56 |
| Customer Deposits | 2 | | 7,000.00 |
| Other Deposits | 30 | | 22,493.22 |
| Card Deposits | 2 | | 3,029.30 |
| Card Withdrawals | 22 | | 8,215.15- |
| Other Withdrawals | 34 | | 25,233.13- |
| **Ending Balance on Jul 31, 2023** | | **$** | **566.80** |

Number of Days in Statement Period — 31

### Customer Deposits

| Number | Date | Ref Number | Amount | Number | Date | Ref Number | Amount |
|---|---|---|---|---|---|---|---|
| | Jul 18 | 8■694550 | 2,000.00 | | Jul 19 | 8614084192 | 5,000.00 |
| | | | | | **Total Customer Deposits** | **$** | **7,000.00** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 3 | Electronic Deposit<br>REF=231810127610510N00 | From SHOPPAYINST AFRM<br>9729198000PAYMENTS<br>QNGSN03U1Q3P93J | | $ 121.98 |
| Jul 3 | Electronic Deposit<br>REF=231840040304140N00 | From Iconic Mars Shop<br>1800948598TRANSFER  ST-S8A0P8O8S8Q1 | | 586.52 |
| Jul 5 | Mobile Banking Transfer | From Account ■83057 | | 200.00 |
| Jul 5 | Electronic Deposit<br>REF=231840105950440N00 | From PAYPAL<br>PAYPALSD11TRANSFER  1027968325657 | | 213.30 |
| Jul 5 | Mobile Banking Transfer | From Account 1■2023 | | 1,000.00 |
| Jul 5 | Mobile Banking Transfer | From Account■2023 | | 3,000.00 |
| Jul 6 | Zelle Instant<br>On 07/06/23 | PMT From OLUSEYI J OLALEYE<br>PMT ID=JPM999ywiph1 | | 200.00 |
| Jul 10 | Electronic Deposit<br>REF=231910082655030N00 | From Iconic Mars Shop<br>1800948598TRANSFER  ST-O6A1Q4Q0Q4D3 | | 395.70 |
| Jul 10 | Electronic Deposit<br>REF=231880115516530N00 | From AMAZON.CQHCNRWOJ<br>3215240102PAYMENTS<br>6VVGY72HN4AS7H7 | | 1,853.62 |
| Jul 11 | Electronic Deposit<br>REF=231910121342380N00 | From AMAZON.CGCFTO04X<br>3215240102PAYMENTS<br>3HMDEELBOGBAV4M | | 34.59 |
| Jul 11 | Electronic Deposit<br>REF=231910155169040N00<br>HSBC BANK USA Toronto | From Amazon.com.ca In<br>2110000247INTL PYMNT785560001UGD<br>ON\ CA M5H 3Y2\ | | 90.50 |
| Jul 11 | Electronic Deposit<br>REF=231910135210110N00 | From PAYPAL<br>PAYPALSD11TRANSFER  1028103617215 | | 179.81 |
| Jul 12 | Electronic Deposit<br>REF=231920054728880N00 | From eBay ComHOUUAAFV<br>1618206000PAYMENTS<br>FNDGC0SGEB90H6C | | 64.74 |
| Jul 13 | Electronic Deposit<br>REF=231930092313300N00 | From SHOPPAYINST AFRM<br>9729198000PAYMENTS<br>EE27MNK4P2C8ASA | | 93.75 |
| Jul 17 | Zelle Instant<br>On 07/15/23 | PMT From OLUSEYI J OLALEYE<br>PMT ID=JPM999zbize9 | | 2,300.00 |
| Jul 17 | Zelle Instant<br>On 07/15/23 | PMT From OLUSEYI J OLALEYE<br>PMT ID=JPM999zbilxe | | 2,700.00 |
| Jul 18 | Electronic Deposit<br>REF=231980160490230N00 | From PAYPAL<br>PAYPALSD11TRANSFER  ■38902361 | | 224.91 |
| Jul 18 | Zelle Instant<br>On 07/18/23 | PMT From OLUSEYI J OLALEYE<br>PMT ID=JPM999zgdeyd | | 350.00 |

# ⊛ Marketing





# REXFORD INDUSTRIAL REALTY
## STANDARD INDUSTRIAL
## MULTI-TENANT LEASE – MODIFIED GROSS

This Lease (**"Lease"), dated August 11, 2023,** is made by and between RIF V - Arrow Business Center, LLC, a California limited liability company (**"Landlord"**), and the Tenant named below (collectively the **"Parties,"** or individually a **"Party"**).

1.        **BASIC LEASE PROVISIONS**

| | | |
|---|---|---|
| A. | **Tenant:** | Iconic Mars Corporation, a California corporation, and James Olaleye, an Individual, jointly and severally |
| B. | **Premises:** | An approximately 1,120 rentable square foot portion of the building located at the street address of 5220 4th Street, Unit 118, located in the City of Irwindale, County of Los Angeles, State of California, with zip code 91706, as shown on Exhibit "A" attached hereto (**"Premises"**). In addition to Tenant's rights to use and occupy the Premises as hereinafter specified, Tenant shall have non-exclusive rights to any Common Areas (as defined in Section 3.A. below) of the building containing the Premises (**"Building"**) but shall not have any rights to the roof, or exterior walls of the Building or to any other buildings in the Project.  The Premises, the Building, the Common Areas, the land upon which they are located, along with all other buildings and improvements thereon, are here in collectively referred to as the **"Project.**" |
| C. | **Parking Spaces:** | Two (2) unreserved vehicle parking spaces. |
| D. | **Commencement Date:** | September 1, 2023 |
| E. | **Lease Term:** | Twenty-Four (24) full calendar months following the Commencement Date and ending on August 31, 2025 (**"Expiration Date"**)**.** |
| F. | **Security Deposit:** | $4,516.30 |
| G. | **Base Rent:** | |

| From | To | Base Rent |
|---|---|---|
| September 01, 2023 | August 31, 2024 | $1,960.00 |
| September 01, 2024 | August 31, 2025 | $2,058.00 |

| | | |
|---|---|---|
| H. | **Tenant's Share**: | 1.61% of the Project |
| I. | **Current estimate of Tenant's Share of estimated monthly Operating Expenses** (excluding current Base Real Property Taxes and the Base Premium for the Base Year) (estimate only and subject to adjustment based on actual costs and expenses according to the provisions of this Lease) | $200.15 |
| J. | **Base Year** | 2023 |

| K. | **Base Rent and other Monies Due Upon Execution by Cashier's Check:** | | |
|---|---|---|---|
| | | Base Rent (09/01/2023 - 09/30/2023) | $1,960.00 |
| | | Security Deposit | $4,516.30 |
| | | Estimated Operating Expenses (09/01/2023 - 09/30/2023) | $200.15 |
| | | Total Amount Due on Lease Execution | $6,676.45 |

| | | |
|---|---|---|
| L. | **Early Possession Date (if applicable):** | Upon mutual Lease execution and subject to the terms of Section 2.E. |
| M. | **Permitted Use:** | Office and warehouse for storage and online sales of musical equipment. |
| N. | **Broker(s):** | Ashwill Associates representing Landlord (**"Landlord's Broker"**)**.** <br> Ashwill Associates representing Tenant (**"Tenant's Broker"**). |
| O. | **Guarantor:** | None. |

Page **1** of **20**

INITIALS

 **bank** ICONIC MARS CORPORATION
1941 F AVE APT 3
NATIONAL CITY CA 91950-5753

**Business Statement**

Account Number:
■■■■4340

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 2 of 5

## INFORMATION YOU SHOULD KNOW (CONTINUED)

If you have any questions, you can call us at 800-673-3555. Our business bankers are here to help 8 a.m. to 8 p.m. CT Monday through Friday and 8 a.m. to 6:30 p.m. CT on Saturday. We accept relay calls. Our bankers are also available to help at your local branch via appointment.

## U.S. BANK SILVER - BUSINESS CHECKING
**Member FDIC**

### ACCOUNT CLOSED

U.S. Bank National Association                                      **Account Number** ■■■■4340

### Account Summary

| | # Items | | | | |
|---|---|---|---|---|---|
| Beginning Balance on Jul 1 | | $ | 1,087.31 | Number of Days in Statement Period | 18 |
| Other Deposits | 14 | | 8,746.52 | | |
| Card Withdrawals | 21 | | 3,433.70- | | |
| Other Withdrawals | 12 | | 6,400.13- | | |
| **Ending Balance on Jul 31, 2024** | | **$** | **0.00** | | |

### Other Deposits

| Date | | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jul | 1 | Debit Purchase Ret - VISA<br>AMAZON MKTPLACE<br>************4896 | On 062924 Amzn.com/bil WA<br>REF # 746■■■4182102131243 US1 | 2102131243 | $ | 15.33 |
| Jul | 1 | Debit Purchase Ret - VISA<br>AMAZON MKTPLACE<br>************4896 | On 062924 Amzn.com/bil WA<br>REF # 74■■■64182102169461 US1 | 2102169461 | | 19.18 |
| Jul | 1 | Mobile Banking Transfer | From Account ■■■■3057 | | | 400.00 |
| Jul | 3 | Electronic Deposit<br>REF=241840056726070N00 | From eBay ComRWY7FGLC<br>1618206000PAYMENTS<br>KMYWJJSRTICXL6L | | | 133.43 |
| Jul | 8 | Mobile Banking Transfer | From Account ■■■■2660 | | | 150.00 |
| Jul | 8 | Mobile Banking Transfer | From Account 2■■■■2660 | | | 200.00 |
| Jul | 8 | Zelle Instant<br>On 07/06/24 | PMT From OLUSEYI J OLALEYE<br>PMT ID=JPM99ajx13wm | | | 800.00 |
| Jul | 8 | Mobile Banking Transfer | From Account 2■■■■2660 | | | 2,500.00 |
| Jul | 9 | Mobile Banking Transfer | From Account 2■■■■2660 | | | 1,500.00 |
| Jul | 10 | Electronic Deposit<br>REF=241910077663070N00 | From eBay ComIVRTIW0F<br>1618206000PAYMENTS<br>VXKLKWDRPSWJY6F | | | 82.79 |
| Jul | 10 | Zelle Instant<br>On 07/10/24 | PMT From OLUSEYI J OLALEYE<br>PMT ID=JPM99ak2l0sy | | | 2,000.00 |
| Jul | 12 | Debit Purchase Ret - VISA<br>AMZN Mktp US<br>************4896 | On 071124 Amzn.com/bil WA<br>REF # 74692164193101917398 US1 | 3101917398 | | 418.94 |
| Jul | 15 | Debit Purchase Ret - VISA<br>AMAZON MKTPLACE<br>************4896 | On 071224 Amzn.com/bil WA<br>REF # 74692164194102835725 US1 | 4102835725 | | 26.85 |
| Jul | 17 | Mobile Banking Transfer | From Account ■■■■33057 | | | 500.00 |
| | | | **Total Other Deposits** | | **$** | **8,746.52** |

### Card Withdrawals

Card Number: xxxx-xxxx-xxxx-4896

| Date | | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jul | 1 | Recurring Debit Purchase<br>THE TOLL ROADS O<br>************4896 | On 062924 949-727-4800 CA<br>REF # 24692164181101917979 US1 | 1101917979 | $ | 0.30- |
| Jul | 1 | Debit Purchase - VISA<br>Amazon.com*RC6YJ<br>************4896 | On 062924 Amzn.com/bil WA<br>REF # 24692164183102958196388 | 3102958196 | | 132.29- |

**us bank.** ICONIC MARS CORPORATION

███████ 91950-5753

**Business Statement**
Account Number:
██████ 4340
Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 4 of 5

## U.S. BANK SILVER – BUSINESS CHECKING (CONTINUED)
### ACCOUNT CLOSED

U.S. Bank National Association

**Account Number 1-575-2554-4340**

### Card Withdrawals (continued)
Card Number: xxxx-xxxx-xxxx-4896

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 16 | Debit Purchase - VISA SIAM CASA THAI C ************4896 | On 071524 BALDWIN PARK CA REF # 24055234198030221364589 | 8030221364 | 55.49- |
| Jul 17 | Recurring Debit Purchase TMOBILE*AUTO PAY ************4896 | On 071624 800-937-8997 WA REF # 24692164198102889633 US1 | 8102889633 | 127.09- |

| | | |
|---|---|---|
| Card 4896 Withdrawals Subtotal | $ | 3,433.70- |
| Total Card Withdrawals | $ | 3,433.70- |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jul 8 | Electronic Withdrawal REF=241900099283950N00 | To Yardi Service Ch 9000278329SIGONFILE 4NX4PG | $ | 0.95- |
| Jul 8 | Electronic Withdrawal REF=241870098056200N00 | To ADP PAYROLL FEES 9659605001ADP FEES 926233676022 | | 95.08- |
| Jul 8 | Electronic Withdrawal REF=241900099408720N00 | To Rexford Industri 9000298053SIGONFILE DLZ4PG | | 2,206.54- |
| Jul 9 | Electronic Withdrawal REF=241900142336910N00 | To SO CAL EDISON CO 0088778600DIRECTPAY 700855585918 | | 70.54- |
| Jul 11 | Electronic Withdrawal REF=241920109680900N00 | To ADP PAY-BY-PAY 9555555505PAY-BY-PAY944931441366AGG | | 18.95- |
| Jul 11 | Electronic Withdrawal REF=241920108568130N00 | To ADP - TAX 9333006057ADP - TAX 564068116132A03 | | 151.12- |
| Jul 11 | Electronic Withdrawal REF=241920108565520N00 | To ADP WAGE PAY 9333006057WAGE PAY 944931441365AGG | | 1,802.71- |
| Jul 15 | Analysis Service Charge | | 1500000000 | 89.00- |
| Jul 17 | Mobile Banking Transfer | To ███████3057 | | 1,465.24- |
| Jul 18 | Electronic Withdrawal REF=241990093558450N00 | To VENMO 3264681992PAYMENT  1035718082000 | | 355.00- |
| Jul 19 | Account Closed | | | 0.00- |
| Jul 19 | Mobile Banking Transfer | To Account ██████783057 | | 145.00- |

| | | |
|---|---|---|
| Total Other Withdrawals | $ | 6,400.13- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jul 1 | 98.16 | Jul 10 | 3,413.42 | Jul 16 | 1,592.33 |
| Jul 2 | 41.28 | Jul 11 | 1,434.65 | Jul 17 | 500.00 |
| Jul 3 | 172.11 | Jul 12 | 1,719.82 | Jul 18 | 145.00 |
| Jul 8 | 625.99 | Jul 15 | 1,647.82 | Jul 19 | 0.00 |
| Jul 9 | 1,609.52 | | | | |

Balances only appear for days reflecting change.

## ANALYSIS SERVICE CHARGE DETAIL
Account Analysis Activity for: June 2024

| | | | |
|---|---|---|---|
| Account Number: | 1-575-2554-4340 | $ | 89.00 |
| Analysis Service Charge assessed to | 1-575-2554-4340 | $ | 89.00 |

[1] Financial institutions are required by the State of Iowa to charge sales taxes on certain service charges related to checking accounts. Any assessed tax has been itemized on your statement.

# EXHIBIT J



**Tutt Bookkeeping**
7968 Arjons Dr. Ste 105
San Diego, CA 92126
858-688-6167
seantutt@tuttbookkeeping.com

## DECLARATION OF SEAN TUTT IN SUPPORT OF RULE 60 MOTION

Case No. 3:22-cv-00092-CAB-DEB

I, Sean Tutt, declare:

### 1. Professional Background
I am a professional bookkeeper with an accounting degree and have worked in the field of accounting for over 16 years. I have been engaged by Mr. Oluseyi James Olaleye to review and analyze the financial records of three companies he is associated with: Iconic Mars Corporation, Tido Investment and Audio Icon Inc. The statements below are based on my personal knowledge and professional review of the relevant financial documents. If called as a witness, I could and would testify competently thereto.

### 2. Engagement with Iconic Mars and Audio Icon
I was retained to review, consult, and prepare financial documentation for Iconic Mars Corporation, Tido Investment and, later, for Audio Icon Inc. These are three distinct business entities with no financial or operational overlap based on my professional review.

### 3. Business Separation and Funding
Based on my examination of business bank statements, credit card transactions, and financial records:

- There were no asset or fund transfers from Iconic Mars, or Tido Investment to Audio Icon.
- Audio Icon was funded entirely separately from Iconic Mars, including the use of newly obtained credit established under the Audio Icon business name.
- Iconic Mars was dissolved due to financial hardship and had no remaining assets transferred to Audio Icon.

### 4. Personal Contributions by Mr. Olaleye
I also reviewed records showing that Mr. Olaleye made personal financial contributions to Iconic Mars during its final months to support payroll and cover outstanding obligations, including:

- $1,900 on May 1, 2024
- $2,000 on May 2, 2024
- $300 on May 8, 2024
- $5,000 on May 21, 2024
- $15,000 on June 4, 2024
- $1,500 on June 26, 2024
- $800 on July 8, 2024
- $1,500 on July 09, 2024
- $2,000 on July 10, 2024



**Tutt Bookkeeping**
7968 Arjons Dr. Ste 105
San Diego, CA 92126
858-688-6167
seantutt@tuttbookkeeping.com

## 5. Conclusion

Based on all available financial documents and my professional analysis:

- There was no commingling of funds between Iconic Mars, Tido Investment and Audio Icon.
- Mr. Olaleye made substantial personal financial contributions in an attempt to sustain Iconic Mars.
- Audio Icon launched as a distinct and independently funded business venture.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6/24/2025 at San Diego, California:

Sean Tutt
Tutt Bookkeeping, Inc.
7968 Arjons Dr. Ste 105
San Diego, CA 92126
858-688-6167
seantutt@tuttbookkeeping.com

# EXHIBIT K

 **Gmail**

James <jazzeyjames@gmail.com>

## Letter to Konrad.
1 message

**James** <jazzeyjames@gmail.com>                                     Fri, Dec 20, 2024 at 10:34 AM
To: Stephen Lobbin <sml@smlavvocati.com>

Hi Stephen,

I will prepare this email as a letter and send it out to Konrad. Let me know if this letter is okay by you...


Dear Konrad,

I am reaching out with the sincere intention of finding a mutually beneficial resolution to our ongoing legal dispute. I believe continuing down this path will only lead to prolonged financial strain, uncertainty, and mounting legal fees for both parties.

Given the complexities of the case and the unpredictable nature of litigation outcomes, I believe it is in both our interests to explore a fair settlement that allows us to focus on building our respective businesses rather than continuing this costly dispute.

While I understand the nature of legal proceedings, I want to be transparent about my perspective. A prolonged fight will only escalate expenses, and even in the event of a judgment, collection could be uncertain and highly challenging. Rather than pursuing an outcome that may not benefit either party, I propose resolving this matter with a structured settlement and exploring potential collaborative opportunities that could generate revenue for both sides.

Specifically, I am prepared to offer a structured settlement totaling $100,000, payable over a reasonable timeframe. In addition, I am open to discussing a licensing arrangement related to the Comet V1 portable isolation booth, potentially generating shared revenue through product sales. This approach could transform a contentious situation into a productive partnership.

I am committed to working toward a resolution grounded in mutual respect, business pragmatism, and future growth. Let's focus our resources on building rather than fighting.

Please let me know a convenient time to discuss this further. This offer is made without prejudice and solely for settlement purposes. I remain hopeful that we can reach an agreement that works for both parties.

Thank you very much for your consideration.

Sincerely,
James Olaleye

# EVIDENCE OF ICONIC MARS PRODUCT DISCONTINUATION AND DISPOSAL INCLUDING INOVICE



**INVOICE**

**INV0087**

# Carlos Garcia

513 Dunsview Ave. La Puente CA 91744

3234404031

leonardoozuna08@icloud.com

**DATE**

01/28/2025

**DUE DATE**

01/28/2025

**PAYMENT DUE**

USD $300.00

BILL TO

## Iconicmars

5220 4th st Irwindale CA

+16198068107

| DESCRIPTION | RATE | QTY | AMOUNT |
|---|---|---|---|
| Trash dump | $700.00 | 1 | $700.00 |
| | | TOTAL | $700.00 |

Payment                                    -$400.00
Bank Transfer                            01/28/2025

| PAYMENT DUE | USD $300.00 |
|---|---|

**UPCOMING PAYMENTS**

Payment                                    $400.00
Due 01/28/2025

| BALANCE REMAINING | $300.00 |
|---|---|







**August 2024  Statement**                                    Page 1 of 4
Open Date: 07/24/2024 Closing Date: 08/23/2024          Account: ████████ 1621

**U.S. Bank Business Triple Cash Rewards Card**      **Cardmember Service**  ☎  1-866-485-4545
ICONIC MARS CORP.                                    BUS  30  USB        78        15
OLUSEYI OLALEYE (CPN 002244601)

| | |
|---|---|
| **New Balance** | **$28,694.97** |
| **Minimum Payment Due** | **$727.00** |
| **Payment Due Date** | **09/22/2024** |

**Cash Rewards**

| | |
|---|---|
| Earned This Statement | $41.44 |
| Rewards Center Balance | $491.53 |
| as of 08/22/2024 | |
| For details, see your rewards summary. | |

**Activity Summary**

| | | |
|---|---|---|
| Previous Balance | + | $23,989.94 |
| Payments | - | $585.00CR |
| Other Credits | | $0.00 |
| Purchases | + | $4,143.79 |
| Balance Transfers | | $0.00 |
| Advances | | $0.00 |
| Other Debits | + | $646.00 |
| Fees Charged | + | $56.00 |
| Interest Charged | + | $444.24 |
| **New Balance** | **=** | **$28,694.97** |
| **Past Due** | | **$0.00** |
| **Minimum Payment Due** | | **$727.00** |
| Credit Line | | $30,000.00 |
| Available Credit | | $1,305.03 |
| Days in Billing Period | | 31 |

**Payment Options:**   Mail payment coupon with a check    Pay online at usbank.com    Pay by phone 1-866-485-4545    Pay at your local U.S. Bank branch

Make a payment online OR Please print out and send this portion of statement with payment to the address listed  *CPN 002244601*



004798531756621621000 ████████ 694978

| | |
|---|---|
| **Account Number** | ████████ 1621 |
| **Payment Due Date** | 9/22/2024 |
| **New Balance** | $28,694.97 |
| **Minimum Payment Due** | $727.00 |

24-Hour Cardmember Service: 1-866-485-4545

☎ . to pay by phone
. to change your address

**Amount Enclosed**  $_____

000016996 01  SP      000638784385648 E

ICONIC MARS CORP.
OLUSEYI OLALEYE
████████ CA 91950-5753

**U.S. Bank**
P.O. Box 790408
St. Louis, MO  63179-0408

# EXHIBIT L



# Marketing

| Year to date | No comparison | | Last non-direct click ⌄ |

## Online store sessions

**1,419**

↗ 50%

## Online store conversion rate

—

## Average order value

**$109.90**

## Total sales

—

## Sales attributed to marketing

—

## Orders attributed to marketing

—

### Top marketing channels                    View report

ⓘ Cost, click, and impression metrics are now available for supported marketing apps. Learn more    ✕



## ⊟ Orders

|  | Orders | Items ordered | Returns |
|---|---|---|---|
| 📅 30 days | 0 | 0 | $0 — |

**All**  Unfulfilled  Unpaid  Open  Archived  +

| ☐ | Order | | Date ↓ | Customer | Channel | Total | Payment status | Fulfillment st |
|---|---|---|---|---|---|---|---|---|
| ☐ | #1002 | ⚠ | May 13 at 10:16 am | James Olaleye | Online Store | $0.00 | ● Refunded | O Unfulfille |
| ☐ | #1001 | | Aug 13 at 2:22 pm | R C | Online Store | $0.00 | ● Refunded | O Unfulfille |

Learn more about orders

# EXHIBIT M







**CERTIFICATE OF SERVICE**

I certify that on August 21, 2025, I served this Notice of Motion and Motion to Set Aside Judgment (Rule 60), on the following and supporting documents registered attorneys of record via email electronic notification:

- Stephen M. Lobbin, SML Avvocati P.C., 888 Prospect Street, Suite 200, La Jolla, CA 92037, sml@smlavvocati.com
- X. Diego Wu Min, Kilpatrick Townsend & Stockton LLP, 12255 El Camino Real, Suite 250, San Diego, CA 92130, dwu@ktslaw.com
- Dario A. Machleidt, Kilpatrick Townsend & Stockton LLP, 1420 Fifth Avenue, Seattle, WA 98101, dmachleidt@ktslaw.com
- Kathleen R. Geyer, Kilpatrick Townsend & Stockton LLP, 1420 Fifth Avenue, Seattle, WA 98101, kgeyer@ktslaw.com
- Kristin M. Adams, Kilpatrick Townsend & Stockton LLP, 1100 Peachtree Street NE, Suite 2800, Atlanta, GA 30309, kmadams@ktslaw.com


/s/ Oluseyi James Olaleye
 Oluseyi James Olaleye 15709
Arrow Hwy, #5 Irwindale, CA
91706 1 (619) 519-3670